WR-70,885-11

NO. 04-08-00655-CR ?

— IN THE —
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS

JOSE ALBERTO GUTIERREZ,
V.,

THE STATE OF TEXAS

From APPEAL NO. 04-08-00655-CR

Trial Cause NO. 2008-CR-11186

BEXAR County, TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 18 2015

Abel Acosta, Clerk

FIRST MOTION FOR OUT OF TIME APPEAL REVIEW
DUE TO ERRONEOUS R. 37.1 FOURTH COURT OF APPEALS
ADMINISTRATION AND INEFFECTIVE APPELLATE
STATE APPOINTED COUNSEL TRIAL COURT INVESTIGATION
OF NON-EXISTENT - 07/11/08 - STATE - DA - RECOMMENDATION
TEX. V.C.C.P Art.§ 42.12 SEC. 13, NEGOTIATED PLEA AGREEMENT, AS
FALSELY ADVICE BY STATE APPOINTED TRIAL COUNSEL, APPELLANT
HAS INTENTIONALLY SUFFERED (8TH); (14TH); AMENDMENT INJURIES
ALL STATE APPEAL AND TRIAL COURT RECORDS ATTACHED TO SHOW
STATE AND FEDERAL CONSTITUTION INJURIES AND PREJUDICE
T.R.A.P. R 44.2 (a)(b)(c) FINDINGS AND 8TH; 14TH; AMENDMENT INJURIES.

TO THE HONORABLE COURT OF CRIMINAL APPEAL:

Respectfully Comes Now, Jose A Gutierrez #1523604, a texas
Prisoner unlawfully serving (20) twenty year sentence due to ineffective
State Appointed Appellate and trial Counsel. In support of said motion
appellant shows the honorable court the following Appeal R 39.1; R 44.2 (a);(c);
injuries, as appellant miserably continues to suffer (8TH); (14TH); injuries
due to the OCT 15, 2008, fourth court of appeals Administration Misrule.

Appellant, Pro Se, seeks immediate state appointed effective
Counsel to assist in perfecting Appellant trial court records, upon the
completion of the above honorable criminal court of appeals investigation.

J.A.G
(1 OF 9)

**I.** Hereby Petitioner was unlawfully convicted in the 290th District Court of Bexar County, Texas of the questionable offense of - DWI - 4th - in Cause No. 2008-CR-1186, styled State of Texas vs. Jue Alberto Gutierrez. The petitioner immediately appealed to the Fourth Court of Appeals. Case was erroneously affirm on, Oct 15, 2008.

**II.** EGREGIOUS FOURTH COURT OF APPEAL CASE INJURY:

• Specifically and most recently, Nov 05, 2015, Appellant without success, submitted Appeal writ of error and 11.07 Petition[w] supporting record evidence. that was questionable - (Dismissed) - Nov 19, 2015, For lack of Jurisdiction, due to a Appeal court's Mandate issued on - Feb, 19, 2009. All of Appellant original State court records were Never returned, and Mysteriously Lost. Appellant has made repeated attempts in writing and a telephone call to the Fourth Court of Appeal Clerk Administration to Officially Locate Said Missing State court records. Appellant hereby has enclosed several copies to support his actual R.44.2(a)(c) + injury claims. It Also should be noted, that hereby Appellant Mailed on or about - 04-10-15 - out of time-(PDR) Appeal Petition with (enclosed) Supporting mentioned State trial court Records directly to the Texas CCA Clerk Administration only to be Neglected. - Attn: Kellie Reyes.

• Specifically on or about Nov 06, 2008, Fourth Court of Appeals, Judge, Alma Lopez, - (Grants) - Appellants R.49.8 - rehearing Motion. Appellant at this specific time/date was imprisoned at the Willacy State Prison, Raymondville, TX and did not receive any fourth court of Appeals Nov 06, 2008 court order. As best to my immediate recollection a State-wide texas Prison Lock-down was in Operative in Motion, and Appellant was Confine to his Prison cell without any movement and Appellant was Never Notified to Comeby the willacy State Prison Mailroom or was he Served with any enclosed Nov 06, 2008 fourth Court of Appeals Court order. Appellant, was never Able to file R49.8 brief for rehearing Motion for Said Verified R39.1; R44.2; Cons't injuries. Appellant - - continues to suffer - 8th; 14th; Amendment injuries.

① Footnote: Contraband Cellphone T.D.C.J. investigation.

## II: ARGUMENTS;

• Specifically on or about, OCT 15, 2008, Fourth Court of Appeals Administration misrule and entered erroneous = (DISMISSAL) = OPINION ON APPELLANTS (PRO SE) August 26, 2008 = Jurisdict DEFECTS NOTICE OF APPEAL MOTION, due to ineffective State appointed appellate Counsel, who by all means was fully aware of Appellant-8TH; 14THj- Amendment injuries even before Appellants Unlawful = 08/06/08 = Judgement / Sentence of twenty years. (i.e.; = enclosed R.44.2(a); (b)(C) = Complaints were Address to Bexar County, Chief Appointed Counsel, Angela J. Moore. Ms. Moore, Mailed on July 22, 2008, a 11.07 habeas application in order to challenge Said (4TH);(8TH); Const = Amendment violations; only to be neglected. (See Bexar County Fourth Court = of Appeals, deputy Clerk, Diana T. Garcia, filed memo that were never acknowledge or filed by the 290TH Bexar County district Courts, Possibly to = CONCEAL = Appellant verified Nov 24, 2007, City of San Antonio Magistrate fraudulent NMAA #954121; 954122 fabricated Charge entries into the Bexar County Criminal Justice Court System and fraudulently Assign to the 290TH Bexar County State court System without any State Criminal Court Subject-Matter Jurisdiction for Sham Cause No. 2008-CR-1186; 2008-CR-1189, rubber Stamp = voed-indictments. (i.e., Forged and fabricated Magistrate Court Records enclosed for immediate inspection.)

Please Keep in mind, on 07/11/08, 290TH Pre-trial Court hearing (D) was falsely; and Maliciously misled by 290TH State appointed Counsel ( Shaughnessy SBN # 18134800 ) that State (DA) M. Skinner had recommended Tex V.C.C.P Art 42.12 Sec 13, 6 mos-DWI Probation eligibility in Compel exchange for (D)'s Coerce guilty plea or face a Automatic = (HABITUAL) = False enhance--ment life Sentence At a demanded Jury trial. At our undocumented June 13 2008, Pretrial Court hearing, before Honorable Visiting State (Retired) = Judge, Pat Priest. (i.e: June 13, 2008 Court Appearance is undocumented.)

• ARGUMENTS = On 07/11/08, Appellant never Applied or was eligible for any NON-existing State (DA) Probation recommendation on 07/11/08.

Therefore R. 25.2 (a).(2); R 25.2 (d) would not Apply, Since (D) Never Applied or qualified for any NON-existing Bexar County (DA) DWI Probation recommendation on 07/11/08, As (D) was intentionally and Knowingly Misled and deceived by 04/21/08 (2) State court Appointment of Counsel for Passive failure to Comply with his Compel legal bias Advice 06/13/08 Pre-trial Court hearing to accept State Unauthorize DA (8) eight year plea-Bargin. Agreement.

Footnote (2) SBN # 18134800, Shaughnessy.



# Fourth Court of Appeals
## San Antonio, Texas

May 13, 2014

No. 04-08-00655-CR

Jose Alberto **GUTIERREZ**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-CR-1186
Honorable Sharon MacRae, Judge Presiding

## ORDER

The panel has considered the Appellant's Motion for Rehearing and the motion is dismissed for lack of jurisdiction. See Tex. R. App. P. 18, 19.

It is so **ORDERED** on May 13th, 2014.                    PER CURIAM

ATTESTED TO:

Keith E. Hottle
Clerk of Court

CCA Notation:
See also recent, Nov 19, 2015, Fourth Court order dismissal. None of my requested filed City/State court exhibits were returned, as court order. Mysteriously, Again, All my question - Fraud - City/State court records were intentionally lost or destroyed!

*PDR* —

*Court of Appeals*

*Fourth Court of Appeals District of Texas*

*San Antonio*

★ ★ ★  ★ ★ ★

November 06, 2008

No. 04-08-00655-CR

Jose Alberto **GUTIERREZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th District Court, Bexar County, Texas
Trial Court No. 2008-CR-1186
Honorable Sharon MacRae, Judge Presiding

## ORDER

On October 15, 2008, this court issued an opinion dismissing this appeal pursuant to rule 25.2(d) of the Texas Rules of Appellate Procedure because the trial court's certification stated that the case is a plea-bargain case and the defendant has no right of appeal. On October 27, 2008, appellant filed a motion requesting an extension of time referring several times to an *Anders* brief. No *Anders* brief was filed in this case. Instead, the appeal was dismissed because the trial court certified that appellant had no right of appeal. In the absence of an amended certification signed by the trial court showing appellant had the right to appeal, rule 25.2(d) mandated the dismissal. *See* TEX. R. APP. P. 25.2(d).

Appellant's motion also refers to an extension of time in relation to a rehearing and an extension of time to file a PDR or petition for discretionary review. Because only the Texas Court of Criminal Appeals can grant an extension of time to file a PDR, *see* TEX. R. APP. P. 68.2(d), we construe appellant's motion as a request for an extension of time to file a motion for rehearing, and that motion is GRANTED IN PART. *See* TEX. R. APP. P. 49.8. Appellant's motion for rehearing must be filed no later than thirty days from the date of this order.

_____
Alma L. López, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of November, 2008.

_____
Keith E. Hottle, Clerk

**CCA** (3A-30) **Willacy State Jail**

## NOTIFICATION TO COME BY MAILROOM
Willacy Unit

Offender: Gutierrez, Jose A.

TDCJ#: 1523604    Date: 10-20-08

The above Offender is required to come to the mailroom

10-21-08   8:71

(Date and Time)

Regarding the following matter:

_____ Questionable Correspondence

_____ Questionable Publication

_____ Package

_____ Legal/Special, or Media Correspondence

_____ Other

Offender
Signature _____ Date: _____

Notifying Officer
Signature _____

White Original — Return to unit Mailroom.
Yellow Copy — Give completed copy to Offender    800222-2292

---

APPEAL COURT NOTATION:

As best to my immediate knowledge & recollection Appellant asserts never being served NOV 06, 2008 – R 49.8 – granted Court order. Appellant was only served by certified mail No. 7004135000467059357, dated Oct 15, 2008 from the Bexar County Appellate public defender office, (3) pages, from State appointed assistant public defender, Angela Moore, asserting she was closing out my prose Appeal file under R 25.2(d). Appellant immediately as best to his limited legal comprehension filed motion for Rehearing to the fourth Court of Appeals, as instructed by A. Moore Oct 15, 2008 certified Letter. Also, several relevant facts were conceal to the honorable fourth Court of Appeal on Sept 30, 2008 letter to the fourth Court of Appeals from State appointed Appellate Counsel A. Moore. (i.e., 07/11/08 plea plea-agreement that never occured as far as probation for DWI recommendation by any State court (DA) Agent.) Appellant never qualified or applied for any (PSI) Probation interview. (b) intentionally deceived to plead guilty on false Probation elistibility legal advice.



# COURT OF APPEALS

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.4THCOA.COURTS.STATE.TX.US

ALMA L. LÓPEZ
CHIEF JUSTICE

CATHERINE STONE
KAREN ANGELINI
SANDEE BRYAN MARION
PHYLIS J. SPEEDLIN
REBECCA SIMMONS
STEVEN C. HILBIG
JUSTICES

KEITH E. HOTTLE
CLERK

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

September 16, 2008

Jose Alberto Gutierrez
Sid No. 534734
Bexar County Adult Detention Center
200 North Comal Street
San Antonio, TX 78207

re:   Your application for a writ of habeas corpus seeking relief from final felony conviction
      under code of criminal procedure, article 11.07, (received on September 10, 2008); Trial
      Court Case No. 2007-CR-1186
      2008

Dear Mr. Gutierrez:

      Your application for a writ of habeas corpus seeking relief from final felony conviction
under code of criminal procedure, article 11.07 has been forwarded to the 290th District Court,
Bexar County, Texas. This court does not have jurisdiction to rule on your application.

Sincerely,

Diana T. Garcia, Deputy Clerk

Appeal Court Notation :

My 11.07 Application was Never Acknowledge or filed with the
290th district Court, See Cause No. 2008-CR-1186 Court filing event Log.
This 11.07 Application was mailed to me at the Bexar County Jail
July 22, 2008 before Sentencing & Judgement by Chief Appellate Public
defender, Angela J. Moore, Letter enclosed.



# COURT OF APPEALS

ALMA L. LÓPEZ
CHIEF JUSTICE

CATHERINE STONE
KAREN ANGELINI
SANDEE BRYAN MARION
PHYLIS J. SPEEDLIN
REBECCA SIMMONS
STEVEN C. HILBIG
JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.4THCOA.COURTS.STATE.TX.US

KEITH E. HOTTLE
CLERK

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

September 12, 2008

Jose Alberto Gutierrez
Sid No. 534734
Bexar County Adult Detention Center
200 North Comal Street
San Antonio, TX 78207

re:     Your petition for writ of habeas corpus, released for violation of due process in accords
        to CCP 15.17, 6th & 14th U.S.C.A (received on August 29, 2008)

        Your petition for writ of habeas corpus, dismissal due to illegal indictment/wrongful
        conviction (received on September 5, 2008)

Dear Mr. Gutierrez:

        Your petition for writ of habeas corpus, released for violation of due process in accords to
CCP 15.17, 6th & 14th U.S.C.A **and** your petition for writ of habeas corpus, dismissal due to
illegal indictment/wrongful conviction have been forwarded to the 290th District Court, Bexar
County, Texas. This court does not have jurisdiction to rule on your petitions.

Sincerely,

Diana T. Garcia, Deputy Clerk

*APPEAL COURT NOTATION:*
*The Above 11.07 Petitions were never filed or Acknowledge by the State 290TH District Court, Bexar County, Texas. See Cause No. 2008-CR-1186 Court filing event Log. HAS Petitioner 11.07 Application been investigated of Allege verified incidents; ▇ I would not have suffered continue (87H); (14TH); Amendment injuries! All of Offenders (11.07) Applications have been intentionally misinterpreted and neglected in order to conceal verified City Magistrate and State Court official Corruption and tampering with City/State govt Court Records to obtain illegal false State Court Judgement/Sentence of (20) twenty years.*



# Bexar County Appellate Public Defender's Office

Heritage Plaza • 410 S. Main, Suite 214 • San Antonio, TX 78204
Phone (210) 335-0701 • Fax (210) 335-0707

July 22, 2008

Mr. Joe Gutierrez
SID #534734
BC Adult Detention Center
200 N. Comal
San Antonio, Texas 78207

Dear Mr. Gutierrez:

I am responding to your letter received July 16, 2008. After reviewing your letter, it is my opinion that you should file a Writ of Habeas Corpus. I am enclosing the paperwork necessary for you to accomplish this.

I am sorry that there is not more that I can do to assist you at this time, and hope that things will go better for you in the future.

Sincerely,

Angela J. Moore
Chief Appellate Public Defender

AJM/mb

_Appeal Court Notation: As best to my limited legal understanding and before being unlawfully sentence 08/06/08 to twenty years false imprisonment, I wrote a letter concerning my illegal seizure and false Magistrate charge NM 954121; NM 954122; entries, Nov 24, 2007. In all truth (D) had absolutely no business in the state 290th Bexar County district court since (D) was never magistrated or criminally charged, Nov 23, 2007, by any on-duty magistrate court commissioner for any Texas penal code violations. (All records to substantiate (8TH); (14TH); Amendment violations enclosed.) Petitioner seeks warranted bona-fide - legal assistance. Ms. Moore would later be appointed as my appeal attorney; only to neglected all my (11.07) habeas claims, as shown herein appeal brief. 8TH; 14TH; Amendment injuries!_

_— P49.8 —_

## II: ARGUMENTS;

• Specifically Please See, daniels V. State, 110 sw. 3d 174 — HN 1, 2, 3 Arguments. (i.e., Proper Course of action is to issue the Notice provided for in R 37.1, Tex. R. APP, Since NO State Negotiated - Probation recommendation = Occured on 07/11/08 - 290th Pre-trial Court hearing — See enclosed State Court - Cause No. 2008-CR-1186 Plea-bargin Admonishments. (S) Never applied or eligible for any type of SWZ - Art 42.12 Sec 13 - 6mos. Probation. On 08/06/08 trial court "Unlawfully" imposed a Sentence And Judgement of (20) years and signed a Certification stating that this is a Plea - bargin Case, and (S) has No right to Appeal - 25.2(a)(2). (i.e., void - State Plea bargin Agreement and involuntary Plea of guilty based on Malice ineffective Assistance of Counsel Appointment.)

THEREFORE, State Appointed Appellate Counsel Never examine (S)'s Complaints of never Applying or eligibility for Any 07/11/08 Non - Existing SWZ - offence probation recommendation Legal Advice, and Never filed Amended Notice of Appeal in Compliance R 37.1 with the fourth Court of Appeals Administration. (See R. 34.5 (a).); (See Attached State Plea bargin Admonishments.)

THEREFORE, Appellant has Substain Serious 8TH; 14TH; Amendment Violation Injuries due to ineffective and Malicious State Appointed of Appeal and trial Counsel.

## III. EGREGIOUS 290TH BEXAR County District Court Official Bias MISCONDUCT AND UNLAWFUL PROSECUTION - R44.2(a)(b)(C1-5); 8TH AND 14TH AMENDMENT INJURIES AND HABEAS COURT WANTON NEGLIGENCE TO RECTIFY MALICIOUS PROSECUTION COURT FINDINGS, (VIOLATION OF TEX V. C.C.P. ARTS $ 1.04; 1.05; 1.09; 1.06; 1.08; 1.15; 2.01);

• Specifically, Aug 28, 2008 — Appellant receives " INEFFECTIVE " Appeal Counsel who Miserably and recklessly failed to investigate & follow Allege verified (8TH); (14TH); injury claims.. (All Questionable fraud State - Court Records, enclosed.); VERIFIED ERRONEOUS R44.2 C1-5 Presumptions.

• Specifically, Aug 26, 2008 — Under Extreme frustration of 08/06/08 trial Court injuries, (S) files, as best to his Legal Comprehension, files (2) Notice of Appeals, one for "Jurisdictional Defects", and Permission to Appeal - "Jurisdictional defects" Never recognized by the fourth Court of Appeals. Appellant Also Submitted Motion, for New trial, due to verified R44.2(a)(b)(C1-5); injuries.

## III : ARGUMENTS;

### A. 8TH AND 14TH - R44.2(a)(c) - FUNDAMENTAL 290TH BEXAR CO. COURT MISCARRIAGE OF JUSTICE FINDINGS;

• Specifically, Aug 06, 2008 - (D) presents handwritten motion to withdraw 07/11/08 compel guilty plea on duplicity; false probation legal advice. State appointed counsel - (Shaughnessy SBN# 18134500) - becomes mentally enraged, and storms-off to speak to the 290th Court Reporter, possible to advice her to "STRIKE" the 08/06/08 sentence court record. (i.e. I was advice by the Bexar County Clerks office that no 08/06/08 court record exists.)

Previous to the above 290th sentencing court hearing, (D) was was interview - (PSI) - at the Bexar County Jail Annex, and advice to contact said malicious appointed counsel, because the records indicated that State (DA) office never formally recommended any type of cause no. 2008-CR-1186 DWI - Art 42.12 Sec 13 - probation on 07/11/08. Also (D) was never allowed to withdraw said 07/11/08 involuntary guilty plea in accordance to - Tex V.C.C.P Art. 26.13(a)(2). (D) was unlawfully and knowingly sentence to (20) twenty years imprisonment. (See enclosed cause no. 2008-CR-1186 - V.02b - Judgement/sentence.)

• Specifically, July 11, 2008 - Before the honorable Macrae and former Bexar County (DA) M. Skinner, [3] who unsuccessfully prosecuted, cause no. 2006-CR-7634, was present and in conversation with said state appointed counsel, Shaughnessy. Counsel approached (D) and legally advice me that a successful genuine - (Habitual) - life sentence was effective - upon my repeated request for a state court jury trial. Malicious counsel knowingly & intentionally falsely advice (D) that State (DA) agent had recommended 6mos eligible DWI probation - Tex V.C.C.P Art 42.12 Sec 13 - in exchange for a compel guilty plea. (D) unaware of false probation legal information and under extreme duress and anxiety was forced to plead guilty under false probation eligibility legal advice or face a questionable falsely - placed -(Habitual) - enhancement auto -matic life sentence at a "demanded" jury trial. At no time did (D) apply or eligible for any type of State-DWI-probation. Also, (D) never advice of any -(Repeater)- enhancement minimum punishment. (See enclose duplicity 290th court Admonishments and (D) waiver and affidavit of Admonitions.)

Footnote [3] ~ was officially dismissed from hearing 11-07 complaints, see cause no. 2008-CR-1186 W4 court order footnote [1].

(549)

## III: ARGUMENTS;

Therefore since NO 07/11/08 State-plea bargain was established R. 25.2(a)(2); R 25.2(d) dismissal would not apply, and (δ) had every right to — APPEAL — under TEX v. C.C.P 44.02 — IN THE ABSOLUTE interest of Justice and fairness.

④

• Specifically, June 13, 2008 — (δ) is awaken at the B.C.D.C, shackle and questionable transported to the 290TH Bexar County district court to appear before — Retired — Senior State Judge Pat Priest and recently retired Bexar County (DA) Charles Bunk. Appointed Counsel made unauthorize (8) year State plea agreement without any consent or authorization. (δ) — REJECTED — said unauthorize plea-bargain agreement and demanded State court speedy trial be enforced. Counsel Shaughnessy became mentally infuriated and asserted that i would regret this day and State plea offer. (δ) is escorted back to the B.C.D.C. without any certified magistrate court charges or seizure arrest warrant court Affidavits. (see enclosed NOV 23, 2008 fabricated and — FORGED — NM954121 — DWI; NM 954122 — Theft; City Magistrate Court Records.)

• Specifically, APRIL 21, 2008 — Second 290TH Court Appearance to contest and dismiss first State appointed Counsel (NERZ) who miserably failed to promptly and thoroughly investigate verified — ENCLOSED — Fraud city magistrate Court charge entries, NOV 24, 2007 into the Bexar County Criminal Court Justice System and fraudulently assign to the 290TH Bexar County district Court without any Notharize Subject — MATTER — COURT — Jurisdiction. (see enclosed Questionable — FRAUD — Rubber Stamp Clerks: and defendants certified copies. See ALSO backside Memo. on defendants indictment that was never filed with the Bexar County district Clerks office, 02/13/08. (δ) makes Strickland — STANDARD — violation Court Citation in order to have State appointed Counsel (NERZ) dismissed as State appointed Counsel of Record.

• Specifically, Jan 30, 2008 ④ — (δ) first State court Arraignment, since my NOV 23, 2007 false and malicious arrest date. (δ) advice first — court — appointed Counsel — NERZ III — to Please investigate the Absolute reasons (δ) was not initially magistrated — (ART 15.17) — on NOV 23, 2007. Counsel failed to examine enclosed — Fraud — and — Fabricated — Forged — NMAG 954121; 954122 City magistrate Court Records and (δ)'s FBI NO. 853778EE7, — C.J.Z.S — fingerprint / photo — I. d. Records, PART 5, entry 16 and 17 — Strawnman entries and parolee #1177192 identity theft and false FBI Record Commitment.

Footnote ④ — Mysterious and malicious "unsilenced 290TH state Court Appearances." Entered — not — guilty plea NM954121 DWI C/defendant entry!

(6 of 9)



*See enclosed* ① ?
*Offenders FBI No. 0*
*85379EB7, Part 5 ½*
*entry 16 and 17 finger —*
*print / photo Z.d.*
*Records — FBI ID*
*ENTRIES 0 0 0*

No. 2008CR1186     COUNT  X

INCIDENT NO./TRN: 910308437  X

IN THE 290TH DISTRICT

THE STATE OF TEXAS

VS.

COURT

JOSE ALBERTO GUTIERREZ

BEXAR COUNTY, TEXAS

STATE ID NO.: TX5375445    *VOID*

# JUDGMENT OF CONVICTION BY COURT—WAIVER OF JURY TRIAL

| | | | |
|---|---|---|---|
| Judge Presiding: | HON. SHARON MACRAE | Date Judgment Entered: | 08-06-2008 |
| Appearances: Attorney for State: | DARYL HARRIS 7 CHRISTIAN HENDRICKSEN | Attorney for Defendant: | EDWARD F SHAUGHNESSY |

Offense for which Defendant Convicted:

DRIVING WHILE INTOXICATED-3D/M (REPEATER)

| Charging Instrument: | Statute for Offense: |
|---|---|
| INDICTMENT → *FRAUD RECORD —* | 49.09(B)PC VCS |

Date of Offense:

11-23-2007

| Degree of Offense: | Plea to Offense: | Findings on Deadly Weapon: |
|---|---|---|
| 3RD | GUILTY | |

Terms of Plea Bargain:

CAP OF TWENTY (20) YEARS TDCJ-ID & $2000.00 FINE

| Plea to 1st Enhancement Paragraph: | TRUE TO REPEATER | Plea to 2nd Enhancement/Habitual Paragraph: | |
|---|---|---|---|
| Findings on 1st Enhancement Paragraph: | TRUE TO REPEATER | Findings on 2nd Enhancement/Habitual Paragraph: | |

| Date Sentence Imposed: | 08-06-2008 | Date Sentence to Commence: | 08-06-2008 |
|---|---|---|---|

Punishment and Place of Confinement: 20 YRS TDCJ-ID AND A FINE OF $ 2,000.00 IMPRISONMENT (INSTITUTIONAL DIVISION):

THIS SENTENCE SHALL RUN CONCURRENTLY UNLESS OTHERWISE SPECIFIED.

☐ SENTENCE OF CONFINEMENT SUSPENDED, DEFENDANT PLACED ON COMMUNITY SUPERVISION FOR N/A

| Fine: | Court Costs: | Restitution: | Restitution Payable to: |
|---|---|---|---|
| $ 2,000.00   CRT | $ 456.00PLUS ATTY FEES | $ 100.00 | ☐ VICTIM (see below) ☐ AGENCY/AGENT (see below) ARTHUR ROSENBERG |

Sex Offender Registration Requirements do not apply to the Defendant. TEX. CODE CRIM. PROC. chapter 62

The age of the victim at the time of the offense was

If Defendant is to serve sentence in TDCJ, enter incarceration periods in chronological order.

| | | | | | |
|---|---|---|---|---|---|
| ① From: 11/24/2007 To: 08/06/2008 | From: | To: | From: | To: |
| Time Credited: | From: 7 | To: | From: | To: | From: | To: |
| | From: 0 | To: | From: | To: | From: | To: |

If Defendant is to serve sentence in county jail or is given credit toward fine and costs, enter days credited below.

NOTES: N/A

All pertinent information, names and assessments indicated above are incorporated into the language of the judgment below by reference.

This cause was called for trial in Bexar County, Texas. The State appeared by her District Attorney. → *CORRUPT !*

*" UNLAWFUL SENTENCE / JUDGEMENT "*

*BEXAR COUNTY COURTS UNLAWFUL Judgement and t.d.c.j commitment /*
*Punishment on Verified fabricated Cause No. 2008-CR-1186 indictment !*

Counsel / Waiver of Counsel (select one)

*— Malicious Counsel —*

[x] Defendant appeared in person with Counsel.

[ ] Defendant knowingly, intelligently, and voluntarily waived the right to representation by counsel in writing in open court.

Both parties announced ready for trial. Defendant waived the right of trial by jury and entered the plea indicated above. The Court then admonished Defendant as required by law. It appeared to the Court that Defendant was mentally competent to stand trial, made the plea freely and voluntarily, and was aware of the consequences of this plea. The Court received the plea and entered it of record. Having heard the evidence submitted, the Court found Defendant guilty of the offense indicated above. In the presence of Defendant, the Court pronounced sentence against Defendant.

The Court FINDS Defendant committed the above offense and ORDERS, ADJUDGES AND DECREES that Defendant is GUILTY of the above offense. The Court FINDS the Presentence Investigation, if so ordered, was done according to the applicable provisions of TEX. CODE CRIM. PROC. art. 42.12 § 9.

The Court ORDERS Defendant punished as indicated above. The Court ORDERS Defendant to pay all fines, court costs, and restitution as indicated above.

Punishment Options (select one)

[x] Confinement in State Jail or Institutional Division. The Court ORDERS the authorized agent of the State of Texas or the Sheriff of this County to take, safely convey, and deliver Defendant to the Director, Institutional Division, TDCJ. The Court ORDERS Defendant to be confined for the period and in the manner indicated above. The Court ORDERS Defendant remanded to the custody of the Sheriff of this county until the Sheriff can obey the directions of this sentence. The Court ORDERS that upon release from confinement, Defendant proceed immediately to the Bexar County District Clerk. Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

[ ] County Jail—Confinement / Confinement in Lieu of Payment. The Court ORDERS Defendant immediately committed to the custody of the Sheriff of Bexar County, Texas on the date the sentence is to commence. Defendant shall be confined in the Bexar County Jail for the period indicated above. The Court ORDERS that upon release from confinement, Defendant shall proceed immediately to the Bexar County District Clerk. Once there, the Court ORDERS Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

Execution / Suspension of Sentence (select one)

[x] The Court ORDERS Defendant's sentence EXECUTED.

[ ] The Court ORDERS Defendant's sentence of confinement SUSPENDED. The Court ORDERS Defendant placed on community supervision for the adjudged period (above) so long as Defendant abides by and does not violate the terms and conditions of community supervision. The order setting forth the terms and conditions of community supervision is incorporated into this judgment by reference.

The Court ORDERS that Defendant is given credit noted above on this sentence for the time spent incarcerated.

Furthermore, the following special findings or orders apply:
N/A

Signed and entered on this _____ day of _____ 20___    AUG - 6 2008

Notice of Appeal DENIED

_____
JUDGE PRESIDING
SHARON MACRAE
290TH DISTRICT COURT
BEXAR COUNTY, TEXAS

Clerk: 16155

DC2008CR1186

2008CR1186-CNVCRT.doc    Right Thumbprint    Page 2 of 2

ORIGINAL



No. 2008CR1186

NO. NO. 2008CR1186

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
| V. | § | 290TH JUDICIAL DISTRICT |
| JOSE ALBERTO GUTIERREZ | § | BEXAR COUNTY, TEXAS |

## COURT'S ADMONISHMENT AND DEFENDANT'S WAIVERS AND AFFIDAVIT OF ADMONITIONS

### COURT'S ADMONISHMENTS:

OFFENSE:
**DRIVING WHILE INTOXICATED-3D/MORE** REPEATER ?
DEGREE: **F2**
STATUTE: 49.09(B)PC
(Repeater)(Habitual) _duplicity Prosecution misconduct_

You are admonished that if convicted of a Felony the following applies:

#### 1. RANGE OF PUNISHMENT

All time is served in Texas Department of Criminal Justice.

_____ 5 years to 99 years or Life: Possible fine up to $10,000

__X__ **2 years to 20 years: Possible fine up to $10,000**

_____ 2 years to 10 years: Possible fine up to $10,000 if the offense occurred on or after September 1, 1994

_____ 2 years to 10 years: Possible fine up to $10,000 or up to 1 year in a Community Correction facility (for offenses committed after August 31, 1989 but before September 1, 1994)

_____ 25 years to 99 years or Life

_____ Other _____

#### 2. PLEA BARGAINING

A recommendation of the prosecuting attorney as to punishment is not binding on the Court. The Court may accept or reject any plea bargaining agreement made between the State and the Defendant. If the Court rejects the plea agreement, the Defendant shall be permitted to withdraw the plea of guilty/nolo contendere and no statement or other evidence received during such hearing on the plea of guilty/nolo contendere may be admitted against the Defendant on the issue of guilt or punishment in any subsequent criminal proceeding.

® Never Legally advice of any type of (REPEATER) enhancement of Maximum (20) twenty years! Never Allowed to withdraw Any Compel guilty Plea based on false Probation State recommendation Legal Advice As Authorize Art 26.13 (a)(1)(2).



DWI – 3RD OR MORE/REPEATER

PLEA BARGAIN

I, the undersigned Defendant, together with my counsel and counsel for the State, agree that in exchange for the Defendant's agreement to plead guilty or nolo contendere, to allow the State to prove its case by means of written stipulations. The State may make recommendations regarding punishment; however, it is understood by all that even in the event the parties agree to recommend specific conditions and terms of community supervision or deferred adjudication or the length of supervision that such recommendations are not part of the formal plea agreement and are not binding on the Court. All parties understand and agree that the terms, conditions and length of supervision of community supervision or deferred adjudication are to be determined and assessed solely within the Court's discretion. It is further understood and agreed by the parties that in the event the Court assessed terms, conditions and or a length of supervision of community supervision or deferred adjudication different from those agreed to by the parties, that such difference shall not constitute grounds for setting aside the Defendant's plea in this cause. If the court grants deferred adjudication, the State does not recommend any term of years as part of the plea agreement. All parties agree that if deferred adjudication is subsequently revoked, Defendant may be sentenced to any term of years within the range of punishment provided by law for this offense.

It is mutually agreed and recommended by the parties:

____ Prosecution to proceed only on Count(s) _____ Prosecution for lesser included offense of _____

_X_ Defendant agrees that he has been previously convicted of one or more felonies for enhancement under 12.42 P.C.

____ Class A Misdemeanor punishment with State jail Felony Conviction under 12.44 P.C.

_X_ Punishment to be assessed at ___20 (TWENTY)___ years  TDC - CAP

_X_ Fine $_2000.00_____

____ Affirmative Finding of Deadly Weapon or 3G offense, Defendant not eligible for supervision under CCP 42.12, Sec.3

_X_ There is no application for community supervision/deferred adjudication.

____ State will make no recommendation of Defendant's deferred adjudication/community supervision application. State reserves right to speak as to factual issues relevant to Defendant's punishment.  *(see enclosed falsely sworn 11.07 — Attorney Verification Legal Advice.)*

____ State opposes community supervision/deferred adjudication.

____ State recommends community supervision.

____ State recommends deferred adjudication.

____ Concurrent with: _____

_X_ Causes taken into consideration: __2008CR1187 - THEFT $1500.00 - $20,000_____

_X_ Restitution to be determined by the Court through the Community Supervision office or $_____

____ Payable to victim in this cause number only: _____

_X_ Payable to victims under: ____2008CR1187 – ARTHUR ROSENBURG_____

_X_ Other: ___2 YEAR TX. DRIVER'S LICENSE SUSPENSION, IGNITION INTERLOCK_____

### WAIVER OF APPEAL

I understand that upon my plea of guilty or nolo contendere, where the punishment does not exceed that recommended by the prosecutor and agreed to by me, my right to appeal will be limited to only: (1) those matters that were raised by written motion filed and ruled on before trial, or (2) other matters on which the trial court gives me permission to appeal. I understand that I have this limited right to appeal. However, as part of my plea bargain agreement in this case, I knowingly and voluntarily waive my right to appeal under (1) and (2) in exchange for the prosecutor's recommendation, provided that the punishment assessed by the court does not exceed our agreement. In addition, if and when I am sentenced to the Texas Department of Criminal Justice, Institutional Division on this case, I hereby request transfer to said institution.

_____        7.11.08        E.F. Shaughnessy
DEFENDANT                       DATE           COUNSEL FOR DEFENDANT

The above terms constitute our agreement, and there are no agreements not set forth above. The Defendant and Counsel request the Court to follow the plea bargain.

_____        E.F. Shaughnessy        _____
ASSISTANT DISTRICT ATTORNEY     ATTORNEY FOR DEFENDANT   DEFENDANT

NOTE: The parties are not allowed to make binding agreements regarding the length of community supervision or the terms and conditions of community supervision, which are totally dependent upon the Court's discretion. The following recommendations do not constitute part of the formal plea agreement. However, the (State) (both parties) make the following non-binding recommendations:

____ Community Supervision be granted for_____ years

____ Treatment Alternative to Incarceration Program

____ Hours Community Service

____ Days Electronic Monitoring

____ No contact with _____

Other Punishment recommendations: _____

____ Days in Bexar County Jail or State Jail (circle one)

____ Substance abuse treatment facility

____ Zero Tolerance Bootcamp or State Bootcamp Program (circle one)

*Ⓐ Involuntary Waiver Notice of Appeal Instructions Ⓞ*

**CLERK'S ORIGINAL**

Name: JOSE ALBERTO GUTIERREZ

Address: 1706 KENDALIA, SAN ANTONIO, TX 78224

Offense Code/Charge: 540412 - DRIVING WHILE INTOXICATED-3D/MORE

GJ: 480008

JN #: 1270709-1

PH Court: 290

SID #:534734

Court #: 290TH

Cause #: 2008-CR-1186

Witness: State's Attorney

**FILED**

_____ O'CLOCK _____ M

FEB 13 2008

MARGARET G. MONTEMAYOR
DISTRICT CLERK
BEXAR COUNTY, TEXAS

BY _____ DEPUTY

**TRUE BILL OF INDICTMENT**

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS, the Grand Jury of Bexar County, State of Texas, duly organized, empanelled and sworn as such at the January term, A.D., 2008, of the 175TH Judicial District Court of said County, in said Court, at said term, do present in and to said Court that in the County and State aforesaid, and anterior to the presentment of this indictment, and:

on or about the 23rd Day of November, 2007, JOSE ALBERTO GUTIERREZ, hereinafter referred to as defendant, did operate a motor vehicle in a public place while the said defendant was intoxicated, namely: the defendant did not have the normal use of HIS mental and physical faculties by reason of the introduction of alcohol into HIS body; ____ *No evidence or testimony* ____

And it is further presented in and to said Court that, prior to the commission of the aforesaid offense, on the 11th day of JUNE, 1997, in cause number 651404 in the County Court No. 1 of Bexar County, Texas, the defendant was convicted of an offense relating to the operating of a motor vehicle while intoxicated.

And it is further presented in and to said Court that, prior to the commission of the aforesaid offense, on the 15th day of MARCH, 1995, in cause number 513195 in the County Court of Karnes County, Texas, the defendant was convicted of an offense relating to the operating of a motor vehicle while intoxicated.

**ENHANCEMENT ALLEGATION**

And it is further presented in and to said Court, that before the commission of the offense alleged above, hereafter styled the primary offense, on the 25th of SEPTEMBER A.D., 2000, in Cause No. 2000CR3253, in Bexar County, Texas, the defendant was convicted of the felony of DRIVING WHILE INTOXICATED 3RD OR MORE ____ *was actually a class (A) misdemeanor, not 3rd degree*

Before the commission of the primary offense, and after the conviction in Cause No. 2000CR3253 was final, the defendant committed the felony of DRIVING WHILE INTOXICATED 3RD OR MORE and was convicted on the 5th day of JUNE, A.D., 2003 in Cause No. 2003CR4123W, in Bexar County, Texas;

AGAINST THE PEACE AND DIGNITY OF THE STATE. ____

Foreman of the Grand Jury

# INDICTMENT – CLERK'S ORIGINAL

*Intentionally falsely placed →* *enhancement stamp to deceive (D) to plead guilty!*



(DEFENDANT'S COPY)

*Handwritten top:* ® False Testimony //Contradicting //Deception of Prosecution

**EXHIBIT**

Ⓒ 1 of 1

**Name:** JOSE ALBERTO GUTIERREZ

**Address:** 1706 KENDALIA, SAN ANTONIO, TX 78224

**Offense Code/Charge:** 540412 - DRIVING WHILE INTOXICATED-3D/MORE

*"Alen T."*

**GJ:** 480006

**PH Court:** 290

**Court #:** 290TH

**JN #:** 1270709-1

**SID #:**534734

**Cause #:**

**Witness:** State's Attorney

2008 - CR - 1186

```
FILED
_____ O'CLOCK _____ M
FEB 13 2008
MARGARET G. MONTEMAYOR
DISTRICT CLERK
BEXAR COUNTY, TEXAS
BY _____ DEPUTY
```

TRUE BILL OF INDICTMENT

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS, the Grand Jury of Bexar County, State of Texas, duly organized, empanelled and sworn as such at the January term, A.D., 2008, of the 175TH Judicial District Court of said County, in said Court, at said term, do present in and to said Court that in the County and State aforesaid, and anterior to the presentment of this indictment, and:

on or about the 23rd Day of November, 2007, JOSE ALBERTO GUTIERREZ, hereinafter referred to as defendant, did operate a motor vehicle in a public place while the said defendant was intoxicated, namely: the defendant did not have the normal use of HIS mental and physical faculties by reason of the introduction of alcohol into HIS body; *✱ Vehicle on Private Property ® No Video; No evidence*

And it is further presented in and to said Court that, prior to the commission of the aforesaid offense, on the 11th day of JUNE, 1997, in cause number 651404 in the County Court No. 1 of Bexar County, Texas, the defendant was convicted of an offense relating to the operating of a motor vehicle while intoxicated. *Over 10 yrs statute ooo*

And it is further presented in and to said Court that, prior to the commission of the aforesaid offense, on the 15th day of MARCH, 1995, in cause number 513195 in the County Court of Karnes County, Texas, the defendant was convicted of an offense relating to the operating of a motor vehicle while intoxicated. *oo ✓ Lesser offense: Automobile ~334/ Never Final oo (See Automobiles ~332 ooo*

*® Ex-Parte Rick, 194 SW3d 508,511  240 SW3d 882, 887 — False Judgement*

ENHANCEMENT ALLEGATION

And it is further presented in and to said Court, that before the commission of the offense alleged above, hereafter styled the primary offense, on the 25th of SEPTEMBER A.D., 2000, in Cause No. 2000CR3253, in Bexar County, Texas, the defendant was convicted of the felony of DRIVING WHILE INTOXICATED 3RD OR MORE *(HB51) ® (No Jurisdiction Prior) (Void) → Class (A) Misdemeanor*

Before the commission of the primary offense, and after the conviction in Cause No. 2000CR3253 was final, the defendant committed the felony of DRIVING WHILE INTOXICATED 3RD OR MORE and was convicted on the 5th day of JUNE, A.D., 2003 in Cause No. 2003CR4123W, in Bexar County, Texas;

AGAINST THE PEACE AND DIGNITY OF THE STATE.

**JERRY E LARRUMBIDE**
Foreman of the Grand Jury

*® 11.WI; The offense of (operating) a motor vehicle in a physically/mentally impaired) conditions after consuming enough (alcohol) to raise one's (Blood) (alcohol) content above the statutory limit (.08%) ???*

**HABITUAL**

**IV** NOV 23, 2007, QUESTIONABLE MALICIOUS FALSE ARREST AND UNLAWFUL SEIZURE, TO INCLUDE FRAUDULENT CITY MAGISTRATE COURT CHARGE ENTRIES: NMAG 954121; 954122; WITHOUT EVEN MAKING A INITIAL ART 15.17 TEX V.C.C.P COURT APPEARANCE (ALL CERTIFIED FABRICATED ENCLOSED)

• Specifically on or about Nov 23, 2007, (D) is involved in a single-car accident reaching for a cell-phone on the passenger floor-board. (D) is Arrested more then a mile away. (D) is having Lower-back Pain, due to a prior 1991 Lower-back bone fusion surgery, and is having trouble balancing. (D) follows Arresting Officers instructions and questions. (D) is not allowed to retrieve his Personal belongings in black sports duffle bag. (i.e., 1,500) wallet, Tex I.D., eyewear etc.... (D) is immediately handcuff and Placed in unit Patrol car without question. (D) Never sign or given Any traffic citations or advice of Any miranda warnings, And was simply told that i was Arrested for Possible theft of Vehicle Accusation even though i had the Keys in my Possession. (D) advice Arresting officer (R. Deckard) of texas Parole #1177492 Standing, on the way to 401 S. Frio City magistrate detention center Location, As we Arrived At 17:24PM. (D) was Screen and Process and Placed Loser minuted into holding cell ① with Several other unruly Nov23, 2007 warrantless Arrestees.

Apparently everyone was at some time was initial Afforded Art 15.17 magistrate court hearing, Except (D). (See enclose #1233938; #1233940; City magistrate Intake Inquiry and Charge Inquiry would support (D's (8TH); (147TH); Claims of Never being officially charged with Any texas Penal Code violations by Any on-duty magistrate court Judge Commissioner official. ) (see Also Arrest - 70 (2) violations. )

Early morning, Nov 24, 2007, (D) is Awaken and relocated to another B.C.S.C. transport holding cell without Never making any - Art 15.17 - 48 hrs. Bond or Charge magistrate court hearing. (D) Positively observes a unusual suspicious individual - Shaughnessy SBN# 18134500 - running the magistrate court holding cell Area wearing a county white Judges Robe. Apparently on or About Nov 24, 2007, Early morning hrs., Fabricated NMAG 954121; 954122 were entered into the bexar County Criminal Justice court System, and fraudulently assign without any state district court - Subject matter Jurisdiction - to the 290TH bexar County district court: Cause No. 2008-CR-1186; 2008-CR-1187 that were never Presented to any sworn bexar County 175TH Grand Jury. (See enclosed fraud City magistrate and state court Records.)

INTAKE #: 1233938          MAG NO. 954121          CITY: _____

THE STATE OF TEXAS          COURT NO: _____
COUNTY OF BEXAR            COUNTY/STATE: _____
                          WARRANT NO: _____
                          ASSIGN/CASE NO: _____
     MAGISTRATE WARNING      ARREST DATE: 20071123
                          ARREST TIME: 1619

BEFORE ME, THE UNDERSIGNED, MAGISTRATE OF BEXAR COUNTY, TEXAS. ON THE ___ DAY OF **NOV 2 3 2007**, AT (20:15) O'CLOCK A.M. /P.M. AT THE MAGISTRATE COURT APPEARED GUTIERREZ, JOSE ALBERTO      AT WHICH TIME I INFORMED THE ACCUSED OF THE CHARGE DRIVING WHILE INTOXICATED 3RD
AND OF ANY AFFIDAVIT, COMPLAINT, OR VERIFICATION OF A WARRANT FILED THEREWITH.

THE DEFENDANT WAS INFORMED:
1.   OF HIS/HER RIGHT TO REMAIN SILENT;
2.   OF HIS/HER RIGHT TO RETAIN COUNSEL;
3.   OF HIS/HER RIGHT TO REQUEST THE APPOINTMENT OF COUNSEL IF HE/SHE IS INDIGENT AND CAN NOT AFFORD COUNSEL;
4.   THAT HE/SHE WILL BE ALLOWED A REASONABLE TIME AND OPPORTUNITY FOR COUNSEL;
5.   OF HIS/HER RIGHT TO HAVE AN ATTORNEY PRESENT DURING AN INTERVIEW WITH PEACE OFFICERS;
6.   OF HIS/HER RIGHT TO TERMINATE AN INTERVIEW AT ANY TIME:
7.   THAT HE/SHE IS NOT REQUIRED TO MAKE ANY STATEMENT;
8.   THAT ANY STATEMENT MADE BY HIM/HER MAY BE USED AGAINST HIM/HER AT TRIAL AND IN COURT;
9.   OF HIS/HER RIGHT TO HAVE AN EXAMINING TRIAL;
10.  IF FROM A FOREIGN NATION, THE RIGHT TO ACCESS HIS/HER CONSULATE;
11.  OF THE PROCEDURES FOR REQUESTING A COURT APPOINTED ATTORNEY
     A.   THAT AN APPLICATION NEEDS TO BE COMPLETED TO DETERMINE IF HE/SHE QUALIFIES FOR COURT APPOINTED COUNSEL;
     B.   THAT A CLERK WILL ASSIST HIM/HER IN FILLING OUT THE APPLICATION
     C.   THAT AN AFFIDAVIT NEEDS TO BE SIGNED;
     D.   THAT AN AFFIDAVIT IS A WRITTEN OR PRINTED DECLARATION OR STATEMENT OF FACTS MADE VOLUNTARILY AND CONFIRMED BY OATH BEORE A PERSON HAVING AUTHORITY TO ADMINISTER SUCH OATH;
     E.   THAT HE/SHE MUST QUALIFY FOR COURT APPOINTED COUNSEL;
     F.   THAT IF HE/SHE MEETS INDIGENCE STANDARDS HE/SHE WILL QUALIFY FOR COURT APPOINTED COUNSEL;
     G.   UPON QUALIFICATION PRETRIAL SERVICES WILL PROVIDE THE NAME AND PHONE NUMBER OF THE ATTORNEY; AND
     H.   THAT COURT APPOINTED COUNSEL SHOULD CONTACT HIM/HER BY THE END OF THE FIRST WORKING DAY AFTER APPOINTMENT.

THE MAGISTRATE ASKED WHETHER THE PERSON WANTS TO REQUEST APPOINTED COUNSEL.
THE ACCUSED DOES / DOES NOT WANT TO REQUEST COURT APPOINTED COUNSEL.

_____ YOU ARE REMANDED WITHOUT BOND.

BOND SET: $ 20,000 w/ (M)

WARNING RECEIVED: (THIS IS NOT AN ADMISSION OF GUILT)

MAGISTRATE / DATE      **NOV 2 3 2007**      ACCUSED / DATE      **NOV 2 3 2007**

INTAKE #: 1233938

MAG NO. 954122

CITY: _____
COURT NO: _____
COUNTY/STATE: _____
WARRANT NO: _____
ASSIGN/CASE NO: _____
ARREST DATE: 20071123
ARREST TIME: 1619

THE STATE OF TEXAS
COUNTY OF BEXAR

MAGISTRATE WARNING

BEFORE ME, THE UNDERSIGNED MAGISTRATE OF BEXAR COUNTY, TEXAS, ON THE ___ DAY OF NOV 23 2007 AT 20:15 O'CLOCK A.M./P.M. AT THE MAGISTRATE COURT APPEARED GUTIERREZ, JOSE ALBERTO AT WHICH TIME I INFORMED THE ACCUSED OF THE CHARGE THEFT $1500-20K-VEH FILED AGAINST HIM/HER AND OF ANY AFFIDAVIT, COMPLAINT, OR VERIFICATION OF A WARRANT FILED THEREWITH.

THE DEFENDANT WAS INFORMED:
1. OF HIS/HER RIGHT TO REMAIN SILENT;
2. OF HIS/HER RIGHT TO RETAIN COUNSEL;
3. OF HIS/HER RIGHT TO REQUEST THE APPOINTMENT OF COUNSEL IF HE/SHE IS INDIGENT AND CAN NOT AFFORD COUNSEL;
4. THAT HE/SHE WILL BE ALLOWED A REASONABLE TIME AND OPPORTUNITY FOR COUNSEL;
5. OF HIS/HER RIGHT TO HAVE AN ATTORNEY PRESENT DURING AN INTERVIEW WITH PEACE OFFICERS;
6. OF HIS/HER RIGHT TO TERMINATE AN INTERVIEW AT ANY TIME;
7. THAT HE/SHE IS NOT REQUIRED TO MAKE ANY STATEMENT;
8. THAT ANY STATEMENT MADE BY HIM/HER MAY BE USED AGAINST HIM/HER AT TRIAL AND IN COURT;
9. OF HIS/HER RIGHT TO HAVE AN EXAMINING TRIAL;
10. IF FROM A FOREIGN NATION, THE RIGHT TO ACCESS HIS/HER CONSULATE;
11. OF THE PROCEDURES FOR REQUESTING A COURT APPOINTED ATTORNEY
    A. THAT AN APPLICATION NEEDS TO BE COMPLETED TO DETERMINE IF HE/SHE QUALIFIES FOR COURT APPOINTED COUNSEL;
    B. THAT A CLERK WILL ASSIST HIM/HER IN FILLING OUT THE APPLICATION
    C. THAT AN AFFIDAVIT NEEDS TO BE SIGNED;
    D. THAT AN AFFIDAVIT IS A WRITTEN OR PRINTED DECLARATION OR STATEMENT OF FACTS MADE VOLUNTARILY AND CONFIRMED BY OATH BEORE A PERSON HAVING AUTHORITY TO ADMINISTER SUCH OATH;
    E. THAT HE/SHE MUST QUALIFY FOR COURT APPOINTED COUNSEL;
    F. THAT IF HE/SHE MEETS INDIGENCE STANDARDS HE/SHE WILL QUALIFY FOR COURT APPOINTED COUNSEL;
    G. UPON QUALIFICATION PRETRIAL SERVICES WILL PROVIDE THE NAME AND PHONE NUMBER OF THE ATTORNEY; AND
    H. THAT COURT APPOINTED COUNSEL SHOULD CONTACT HIM/HER BY THE END OF THE FIRST WORKING DAY AFTER APPOINTMENT.

THE MAGISTRATE ASKED WHETHER THE PERSON WANTS TO REQUEST APPOINTED COUNSEL. THE ACCUSED DOES / DOES NOT WANT TO REQUEST COURT APPOINTED COUNSEL.

_____ YOU ARE REMANDED WITHOUT BOND.

BOND SET: $ 10,000.00

WARNING RECEIVED, (THIS IS NOT AN ADMISSION OF GUILT).

MAGISTRATE / DATE       NOV 23 2007        ACCUSED / DATE        NOV 23 2007

① Agg. Abduction Kidnapping
② Unlawful Arrest & Seizure
③ Agg. I.d. theft & forgery
④ Securing execution
Of a knowingly frand Court documents
by complof elected official deception and official oppression !

**Scanned Mar 19, 2010**   *EXHIBIT (A)*   *22 OF 47 / JM*

| DATE: 12-03-07 | SAN ANTONIO POLICE DEPARTMENT | PAGE ONE |
|---|---|---|
| TIME: 1326 | OFFENSE/INCIDENT REPORT | CASE: 70904236/01 |

| OFFENSE DESCRIPTION | LOCATION OF OFFENSE | DATES OF OCCURRENCE |
|---|---|---|
| THEFT $1,500 < $20K | BULVERDE RD   MENGER DR | FROM: 11-23-07 1619 TO: |

| REPORTING OFFICER | TYPE PREMISE | |
|---|---|---|
| 0582 DECKARD, ROBERT | STREET/ROAD | WEATHER: COOL / DRY |

| COMPLAINANT | TITLE | RAC | SEX | ID? | DATE-OF-BIRTH |
|---|---|---|---|---|---|
| ROSENBERG, AUTHER | | L | M | | |

| ARRESTED PERSON(S) | | RAC | SEX | AGE | DATE-OF-BIRTH |
|---|---|---|---|---|---|
| GUTIERREZ, JOSE ALBERTO | | H | M | / | 03-19-69 |
| ADDR: 01706 KENDALIA   SAN ANTONIO   TX | | | | | |

VEHICLE(S) INVOLVED

| VEH: | YEAR | MAKE | MODEL | STYLE |
|---|---|---|---|---|
| | 99/ | CHRY | 30M | 4D |

VEHICLE COLOR 1 (SOLID/TOP): MAROON      COLOR 2:

VEHICLE FEATURES: WNDO BROKEN, LOUD MUFFLER, DAMAGE FRNT, DAMAGE REAR, DAMAGE SIDE, SPECIAL TIRE

DETAILED DESCRIPTION OF OFFENSE

NOTIFIED OF PROVISIONS OF TEXAS CRIME VICTIM ACT:

DISPATCHED TO STATED LOCATION FOR A MAJOR ACCIDENT. UPON ARRIVAL, I OBSERVED (SPI) PACKING A BLACK DUFFLE BAG AND NEARLY FALL OVER RIGHT FRONT OF LEFT FOOT AS HE WAS BENDING FORWARD. AS I WAS WALKING OVER TO (SPI)'S DIRECTION, (WI) STOPPED ME AND TOLD ME THAT (SPI) WAS DRIVING THE VEHICLE AND HE APPEARS TO BE VERY VERY DRUNK. AS (SPI) TURNED TO LOOK AT ME, IT APPEARED AS IF HE WAS GOING TO TRY AND RUN SINCE HE WAS LOOKING AROUND IN ALL DIRECTIONS AND WAS BACKING UP. (SPI) ALSO APPEARED TO BE VERY NERVOUS. I IMMEDIATELY DETAINED (SPI) UNTIL FURTHER INVESTIGATIONS COULD BE COMPLETED. I ASKED (SPI) WHAT HAPPENED THIS AFTERNOON AND HE STATED "WELL, I CRASHED THE CAR". I CONDUCTED AN INQURY INTO THE HIS HISTORY OF (SPVI) VIA THE LAPTOP. THIS REVEALED TO ME THAT (SPVI) HAD BEEN REPORTED STOLEN BY THE OWNER. (SPI) AT THAT POINT WAS PLACED UNDER ARREST SINCE HE WAS IN POSSESSION OF (SPVI). I ASKED (API) IF HE HAD BEEN DRINKING TODAY AND (API) STATED "YEAH, I'VE HAD A COUPLE". (API) AGREED TO LET ME CHECK HIS EYES. THEREFORE I PERFORMED THE HGN TEST AND OBSERVED 6 OF 6 CLUES. DUE TO (API)'S IMMEDIATE DETENTION NO FURTHER TESTS WERE CONDUCTED. I COUDUCTED A SEARCH OF (API)'S PERSON AND FOUND IN HIS FRONT LEFT POCKET A STRAW LIKE PLASTIC NOZZLE. SINCE THIS SEEMED ODD, I PLACED (API) IN MY PATROL VEHICLE AND CONDUCTED A SEARCH OF (SPVI). I FOUND (1) FIVE LITER MINI KEG OF HEINIEKEN WHICH HAD BEEN TAPPED BY THE PLASTIC STRAW NOZZLE. I FOUND ON (API)'S PERSON AND WAS COLD TO THE TOUCH AND HALF EMPTIED. (1) KALIMA 12 OZ BOTTLE UNOPENED, (1) CORONA 12 OZ BOTTLE UNOPENED, (1) EMPTY BUDLIGHT CAN, AND (1) UNOPENED BUDLIGHT CAN. I CONDUCTED AN INQUIRY INTO BACKGROUND OF (API) VIA THE LAPTOP WHICH REVEALED TO ME THAT (API) HAS BEEN CONVICTED OF DWI THREE TIMES AND HAD AN EXPIRED DRIVERS LICENSE SINCE 1993. (API) WAS READ THE DIC-24 AND SAPD FORM 66-E. (API) WAS TRANSPORTED TO 401 S. FRIO. ONCE AT 401 S. FRIO, (API) WALKED INTO THE ASAP ROOM AND STATED "I'VE BEEN HERE BEFORE AND I REFUSE EVERYTHING". (API) WAS THEN PLACED IN A HOLDING CELL TO BE MAGISTRATED. (SPVI) WAS TOWED TO GROWDEN POUPAGE 01      WING AND PROCESSED BY AN

*Questionable S.A.P.D #8*

739 904234/01

**Scanned Mar 19, 2010**   _EXHIBIT_ _(A)_   _23 of 41 TAG_

DATE: 12-03-07   SAN ANTONIO POLICE DEPARTMENT   CASE: 70904236/01
TIME: 1326   OFFENSE/INCIDENT REPORT

EVIDENCE TECH. (API) HAS ISSUED TRAFFIC CITATIONS FOR NO OPERATOR'S LICENSE AND OPEN CONTAINER.

S.A.P.D. Official Corruption Misconduct Findings:

(1) Black duffle bag containing my personal items (i.e. wallet 1,500, clothing, pre-paid cell-phone, Tex I.D., SSI card, cologne, eyeglasses were never inventory or located after my warrantless arrest;

(2) Never advice by any S.A.P.D Officer of DWI accusation charges or provided any Romberg field sobriety tests;

(3) Never provided medical attention at the city magistrate, after re-injuring (1991) back surgery;

(4) Requested effective of assistance of counsel to be provided;

(5) Never signed or received any traffic citations or appearance court documents;

(6) Never made any initial magistrate court commissioner Judge appearance for criminal charge or bond hearing notice;

(7) Fraudulent NM#A 954121 and NM#A 954122 were entered into the Bexar County Criminal Justice Court System, NOV 24, 07 without any sworn affiant probable cause or criminal complaint charges; See Arrestee   PAGE 02   CJIS fingerprints/photo I.D. parts, entry 16 and 17

FBI NO. 853779EB7

(8) Abducted under fraudulent NM#A charges and placed in the Bexar County Jail, NOV 24, 2007   Enclosed

70 904 234 / 01

(9) 69 mos. of false imprisonment!

NO. *Not Set*

| | | |
|---|---|---|
| TEXAS DEPARTMENT OF PUBLIC SAFETY | § | IN AND BEFORE |
| | § | |
| | § | THE STATE OFFICE OF |
| VS. | § | ADMINISTRATIVE HEARINGS, |
| *Jose A. Gutierrez* | § | |
| | § | SAN ANTONIO, TEXAS |
| | § | |

## PLAINTIFF'S RESPONSE TO DEFENDANT'S REQUEST FOR PRODUCTION AND REQUEST FOR PRODUCTION FROM DEFENDANT

TO: *Jose A. Gutierrez # T.D.L. # 11326899*

FROM: AMAVELI LERMA, Attorney for Plaintiff

COMES NOW, Plaintiff, the Texas Department of Public Safety, and files this, Plaintiff's Response to Defendant's Request for Production of Documents.

### ENCLOSED ARE THE FOLLOWING DOCUMENTS:

☐ Peace Officer's Sworn Report    *No Sworn*    ☐ Blood Test Results

☐ DWI Statutory Warning    *Dic 23, 24, 25*    ☐ Certified Driving Record

☐ Notice of Suspension    *Filed!*    ☐ Case/Offense Report

☐ Breath Test Results    ☐ Affidavit of Translation

☐ Technical Supervisor Affidavit    ☐ This is a Supplemental Answer

☒ Maintenance records and/or repair records are not in the Department's possession. The Department does not intend to supplement these documents.

☒ At this time, no documents relating to the above defendant's arrest are in the Department's ALR File. The Department will supplement this answer when those documents become available. *No Sworn Dic 23, 24, 25 or Supplement Answered - # T.D.L. # 11326899*

### Department's Request for Discovery

At this time the Department requests copies of relevant documents and/or items in Defendant's possession, including but not limited to: Evidence that original hearing request was properly and timely filed, written statements, signed subpoena returns, and video or audio tapes. Additionally, the Department requests that Defendant be present at the hearing and be prepared to testify.

*① Never supplement, since No (DWI) charges were ever filed or administer by any sworn City Magistrate or County district Attorney. This request was made almost 2 yrs later!*

AMAVELI LERMA
Texas Department of Public Safety
6502 S. New Braunfels
San Antonio, Texas 78223
(210) 531-4300   FAX (210) 531-4306

### CERTIFICATE OF SERVICE
*last known address on record*

By my signature above, I hereby certify that on _____ the documents above have been sent via fax to _____. The number of pages in total is _____.

*No (DWI) charges sworn or administer. ⑩*

---> USE PF KEYS TO SELECT DESIRED FUNCTION
BEXAR COUNTY
TEXAS
MAGISTRATE SYSTEM
CITY MAGISTRATE INTAKE INQUIRY
09/01/08
00:01:56

DPW:     NAME: GUTIERREZ, JOSE ALBERTO                SID: 0534734

RACE: L   SEX: M   DOB: 03-09-69   DL#: 011326899   HOME PHONE: 735-6511

ADDRESS: 01706 KENDALIA          SAN ANTONIO   TX   WK PHONE: 000-6511

ARRESTING AGENCY: TXSPD00   INTAKE#: 1233938   ASSIGNMENT#: 70904236   *False & malice ! Arrest.*

ARR OFFICER 1: 0582 DECKARD ROBERT   ARR OFFICER 2: _____

ARRESTED... - DATE: 11-23-2007 TIME: 1619   OPERATOR: 54   MAGISTRATE LOCATION: JL

INTAKE..... - DATE: 11-23-2007 TIME: 1930   OPERATOR: 54

CHARGED.... - DATE: 11-23-2007 TIME: 1939   OPERATOR: 54   MAGISTRATE DISPOSITION: JL

MAGISTRATED - DATE: _____ TIME: _____ OPERATOR: _____ JUDGE: _____

```
-------PF1---------PF3---------PF5---------PF6---------PF9---------PF12-------
       HELP        MAIN        CHRG-PG     NEXT-INQ    LIST        EXIT
```

---> USE PF KEYS TO SELECT DESIRED FUNCTION
BEXAR COUNTY
TEXAS
MAGISTRATE SYSTEM
CITY MAGISTRATE CHARGE INQUIRY
09/01/08
00:02:48

DPW:                                          PAGE: 001 OF: 001

*No Magistrate Court Seizure Arrest. Warrant issued oOo*

| LN NBR | CHG TYP | TICKET / WARRANT# | DATE | CHARGE | DESCRIPTION | FINES&COSTS | BND-AMOUNT | MAG NUMBER | DISP |
|---|---|---|---|---|---|---|---|---|---|
| 001 | CLB | | 071123 | 540405 | DRIVING WHILE | | 20000.00 | 954121 | CTJB |
| 002 | CLB | | 071123 | 240452 | THEFT-$1500-2 | | 10000.00 | 954122 | CTJB |

---> END OF LIST

```
---PF1-----PF3-------PF5------PF6------PF7-------PF8-------PF9------PF12--
   HELP     MAIN      INTK-PG  NEXT-INQ  PREV      NEXT      LIST      EXIT
```

*(handwritten annotations throughout lower portion):* 17 mos. verified unlawful / Texas imprisonment / No certified warrant affidavits / issued for my products / and seizure order / fraudulent North / 954121, 954122 False Charges! / Phony Charges! / Code No. 910304311 / Never Appeared before any on-duty City Magistrate Judge! / for Bond on Charge records purged! / Never Appeared for Bond Hearing! / SHAM No Charges / Court warning / and Rubber Stamp dated / Nov 23, 2007! / Nov 24, 2007 / False B.C.D.C. Confinement



```
DPW:                                          PAGE: 001 OF: 001
LN   CHG  TICKET /                                      MAG
NBR  TYP  WARRANT#   DATE   CHARGE DESCRIPTION  FINES&COSTS BND-AMOUNT NUMBER DISP
001  TRF  P215511A  071123  0036A  OPERATE MOTOR                      0121
002  TRF  P215511B  071123  0050C  UNKNOWN DESC                       0121
                          ---> END OF LIST
```

*Unknown desc*
*became false charge*
*NM 95-4121 co/defendant*
*DWI Charge Nov 24, 2007*

*Never before any*
*Appeared (court magistrate)*

*Never sign or received*
*any traffic citations or appeared*
*before any on-duty city magistrate*
*court Commissioner*
*(i.e. Fraud Charge entries)*

```
---PF1-------PF3-------PF5-------PF6-------PF7-------PF8-------PF9-------PF12--
   HELP       MAIN     INTK-PG   NEXT-INQ   PREV      NEXT      LIST       EXIT
```

```
DPW:        NAME: GUTIERREZ, JOSE ALBERTO              SID: 0534734

RACE: L   SEX: M   DOB: 03-09-69   DL#: 011326899   HOME PHONE: 735-6511

ADDRESS: 01706   KENDALIA           SAN ANTONIO    TX   WK PHONE: 000-6511

ARRESTING AGENCY: TXSPD00   INTAKE#: 1233940   ASSIGNMENT#: 70904236

ARR OFFICER 1: 0582 DECKARD, ROBERT   ARR OFFICER 2: 0820 WILLIAMS, KENNE
```

*Questionable*
*Fraud Assignment*
*Findings!*

```
ARRESTED... - DATE: 11-23-2007  TIME: 1519   OPERATOR: 53   MAGISTRATE
                                                            LOCATION: JL
INTAKE..... - DATE: 11-23-2007  TIME: 1920   OPERATOR: 53
                                                            MAGISTRATE
CHARGED.... - DATE: 11-23-2007  TIME: 2000   OPERATOR: 53   DISPOSITION: RL

MAGISTRATED - DATE:         TIME:        OPERATOR:        JUDGE:
```

```
-------PF1---------PF3---------PF5-------PF6---------PF9-------PF12-------
   HELP            MAIN        CHRG-PG    NEXT-INQ    LIST       EXIT
```

*STATE OF TEXAS, Bexar County DA Administration False Charge Information Entries, Nov 23, 2007 Case # 910308437X And Identity theft Parole # 1177492 Entries, 16 And 17 Verification °*

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
CLARKSBURG, WV 26306

DC0.0.0.0.0Z                                    ICN ISIS0002000020445317
PART 5

- FBI IDENTIFICATION RECORD - FBI NO-853779EB7

16-ARRESTED OR RECEIVED 2007/11/23 SID- TX05375445
   AGENCY-POLICE DEPARTMENT SAN ANTONIO (TXSPD0000)
      AGENCY CASE-910308437X
      CHARGE 1-DRIVING WHILE INTOXICATED 3RD OR MORE
      CHARGE 2-THEFT >=$1,500 <$20K

   COURT-290TH DISTRICT COURT SAN ANTONIO (TX015185J)
      CHARGE-DRIVING WHILE INTOXICATED 3RD OR MORE PC 49.09(B)
      FELONY-3RD DEGREE
      SENTENCE-
      2008-08-06 CONVICTED, PLEAD GUILTY, TME-20Y FNE-2000 CST-0456
      RESTITUTION 2008-08-26 CONVICTED - APPEAL PENDING APPEAL
      2009-02-20 CONVICTED - APPEAL PENDING, FINAL PLEADING GUILTY,
      APPEAL DISMISSED, TRANSFERRED TO ANOTHER AGENCY, AFFIRMED
      CHARGE-THEFT $1500 TO $20,000-VEHICLE FELONY-STATE JAIL FELONY PC
      31.03(E)(4)(A)
      SENTENCE-
      PROSECUTOR HAS REJECTED THE CHARGE WITHOUT PRE-TRIAL DIVERSION
      8-6-08 DSMD-DEF CONV OTHR FELONY-STATE JAIL FELONY, NO COURT DATA
      AVAILABLE

17-ARRESTED OR RECEIVED 2007/11/24   SID- TX05375445
   AGENCY-DOCJ-BYRD UNIT HUNTSVILLE (TX236065C)
      AGENCY CASE-01177492
      CHARGE 1-DWI

PHOTO INFORMATION
17-ONE PHOTOS AVAILABLE

RECORD UPDATED 2012/03/12

ALL ARREST ENTRIES CONTAINED IN THIS FBI RECORD ARE BASED ON
FINGERPRINT COMPARISONS AND PERTAIN TO THE SAME INDIVIDUAL.

THE USE OF THIS RECORD IS REGULATED BY LAW. IT IS PROVIDED FOR OFFICIAL
USE ONLY AND MAY BE USED ONLY FOR THE PURPOSE REQUESTED.

SELECTION: B00   QUALIFIER: ████████

KGAPDI            ASSIGNMENT ADMIT: XC50                                    KGAPDI
TRN: ████████   SUFX: A001        : SAPD 200790433█        N0904336/01   BOOKING
   DOB NBR   DOB SID   SUFX   NAME : OTHER                                  STATUS
██████████ 01 ████████ 01   GUTIERREZ, JOSE ALBERTO                           A
                                                                             CRH
OFFENSE  TYPE  DATE  CNTS  DESCRIPTION                    REPEAT/HAB TRANS  ST
540412   F3   11 23 2007  001  DRIVING WHILE INTOXICATED-3█/█                A

REPORT DATE: 11 24 2007  TIME: 0049  ARR AGENCY: TXSPD0000  ARR AUTHORITY: SGT.
DISTRICT: ____  STREET: CULVERDE RD & _  INTERSECTION: HENDER DR_____

FACTS OF ARREST: AP WAS OP A MV WHIL INTOX_____

_____

_____

COMPLAINANT: A01_____
  WITNESS: A02_____ (?)_____

* A01: ████ DECKARD, ROBERT        * A02: 0020 WILLIAMS (?)____
   APP: 3030 SGT FLOOD_____        SKG: 1942 FLYNN_____
HELP = (RFI)        20080116 1225 PERE 635██

FRAUD FINDINGS:

① S.A.P.D 2007904336 — missing a 0!

② MAGISTRATE FRAUD Charge entry — 540405 ?

③ Report filed 11-24-2007 @ 0049 AM ?

④ See next page Cause No. 2008-CR-1187 entry 006 would affirm fraud Charge entry Co/defendant NMAG 954121, 11/24/07.

⑤ Also my FBI NO. 853779EBT, PART 5, entry 16 falsely asserts Received And Committed, Bryd Unit, Huntsville, TX 11/24/07 in order to conceal my Nov 24, 2007 Bexar County Jail false Charge NMAG 954121; 954122; imprisonment and Liberty interest injuries to be Free from Cruel And Unusual Punishment.

⑥ Region 4 ~ Parole Board members never aware or visited parolee #1177492 At the Bexar County Jail to Question him for my Parole Preliminary Jailhouse hearing.

   "I was intentionally selected to be unlawfully prosecuted And punished in possible retaliation of Cause No. 2006-CR-7634 Charge dismissal And my failure to accept (45) year imprisonment State plea-bargain. (i.e., Malicious Prosecution & injuries)

***** Bexar County Criminal Justice Information System *****
- Event Log Display -

| | | | | R S | DOB | Loc |
|---|---|---|---|---|---|---|
| JN: 1270710 | Juris Court: D290 | | Case Nbr: 2008CR1187 | L M | 19690309 | CLS |
| SID: 0534734 | Suff: 01 | Name: GUTIERREZ, JOSE ALBERTO | | | | |

| Code | Date | Description | Qualifier | CNC | Date | Term | Oper |
|---|---|---|---|---|---|---|---|
| 001 - 1001 | 11232007 | FS 240407 THEFT $1500 TO $20,000 - VEH1 | | | 11242007 | A1BA | 30684 |
| 002 - 1002 | 11232007 | COMPLAINT FILED | NM    954122 | 1 | 11242007 | A1BA | 30684 |
| 003 - 1202 | 11232007 | BOND SET | 10000.00    0000000 1 | | 11242007 | A1BA | 30684 |
| 004 - 1013 | 11232007 | DEF MAGISTRATED | | 1 | 11242007 | A1BA | 30684 |
| 005 - 6300 | 11232007 | ER2 RECV FROM DPS | | 1 | 11252007 | BATC | SYST |
| 006 - 1102 | 11242007 | CO DEFENDANT NUM  NM954121 | | 1 | 11242007 | A1BA | 30684 |
| 007 - 1101 | 11242007 | BOOKED | B20076375802 | 1 | 11242007 | A1BA | 30684 |
| 008 - 0102 | 11242007 | AWTG INDICTMENT | | 1 | 11242007 | A1BA | 30684 |
| 009 - 6402 | 11242007 | Offender record sent to VINE12707100011 | | | 11242007 | NATU | 30684 |
| 010 - 6403 | 11242007 | Charge record sentto VINE   12707100011 | | | 11242007 | NATU | 30684 |
| 011 - 1401 | 11272007 | GJ NUMBER ASSIGNEDGJ482827 | | 1 | 11272007 | DAAF | 09551 |
| 012 - 2545 | 11272007 | INTAKE DA | 00788656 | 1 | 11272007 | DAAF | 09551 |
| 013 - 4100 | 12142007 | MOTION FOR APPOINTMENT OF ATTORNEY | | 1 | 12172007 | DCCH | 33222 |
| 014 - 2502 | 12242007 | DEF ATTORNEY APP  14915600 J. NENI | | 1 | 12242007 | SYS | SYS |
| 015 - 4302 | 12242007 | ATTORNEY APPOINTEDV0939P2801 | | 1 | 01092008 | DCHD | 32505 |
| 016 - 2066 | 12262007 | PRE-HEARING SET | D290 | 1 | 11262007 | DCNN | 30284 |
| 017 - 2545 | 01042008 | INTAKE DA | 24045910 | 1 | 01072008 | DAAF | 09551 |
| 018 - 2525 | 01102008 | DA INVESTIGATOR | 0711889 | 1 | 01102008 | DAAF | 09551 |
| 019 - 2068 | 01302008 | PRE-HEARING RESET D290-A | | 1 | 12282007 | DCH3 | 16155 |
| 020 - 4100 | 01312008 | MT FOR WORK RELEASE | | 1 | 02012008 | KKC2 | 33213 |
| 021 - 4100 | 01312008 | MT FOR EVID FAVOR TO DEFENDANT | | 1 | 02012008 | KKC2 | 33213 |
| 022 - 4107 | 01312008 | MOTION TO SUPRESS EVID & ILLEGAL ARRST1 | | | 02012008 | KKC2 | 33213 |
| 023 - 1003 | 02072008 | EHN-HABITUAL | | 1 | 02072008 | DY75 | 15043 |
| 024 - 1431 | 02132008 | INDICTED BY GJ | | 1 | 02132008 | KKA1 | 11804 |
| 025 - 4301 | 02132008 | GRAND JURY REPORT V0944P2377 | | 1 | 02222008 | KKA1 | 11804 |
| 026 - 1511 | 02132008 | DIST COURT ASSIGNDD290 2008CR1187 | | 1 | 02132008 | NATU | 11804 |
| 027 - 6402 | 02132008 | Offender record sent to VINE12707100011 | | | 02132008 | NATU | 11804 |
| 028 - 6403 | 02132008 | Charge record sentto VINE   12707100011 | | | 02132008 | NATU | 11804 |
| 029 - 4343 | 02132008 | TRUE BILL INDCTMNTV0941P2540 | | 1 | 02192008 | KKA1 | 11804 |
| 030 - 2001 | 02152008 | ARRAIGNMENT SET | | 1 | 02132008 | KKA1 | 11804 |
| 031 - 0130 | 02152008 | AWTG TRIAL SETTING | | 1 | 02132008 | KKA1 | 11804 |
| 032 - 4100 | 02262008 | MT TO QUASH INDICTMENT | | 1 | 02272008 | KKC2 | 33213 |
| 033 - 4100 | 02262008 | MT TO PRODUCE GRAND JURY TESTY OF | | 1 | 02272008 | KKC2 | 33213 |
| 034 - 4100 | 02262008 | WITNESS CROSS EXAMINATION | | 1 | 02272008 | KKC2 | 33213 |
| 035 - 4100 | 03072008 | LETTER TO DC COURTFRM DEF | | 1 | 03102008 | KKC2 | 33213 |
| 036 - 4105 | 03072008 | MOTION IN LIMINI  ENHANCEMENT COUNTS | | 1 | 03102008 | KKC2 | 33213 |
| 037 - 4100 | 03072008 | W/ MT TO QUASH/DISMISS ENHANCEMENT | | 1 | 03102008 | KKC2 | 33213 |
| 038 - 4100 | 04072008 | MTN FOR DISCV OF  EXCULP & MITIG EVID | | 1 | 04082008 | DCH3 | 16155 |
| 039 - 4100 | 04072008 | MTN FOR DISCV OF  THE ARREST & CONVIC | | 1 | 04082008 | DCH3 | 16155 |
| 040 - 4100 | 04072008 | MTN FOR DISCOVERY | | 1 | 04082008 | DCH3 | 16155 |
| 041 - 4105 | 04072008 | MOTION IN LIMINI | | 1 | 04102008 | DCH3 | 16155 |
| 042 - 2011 | 04182008 | TRIAL DATE SET | | 1 | 04102008 | DCH3 | 16155 |
| 043 - 0104 | 04182008 | AWTG TRIAL | | 1 | 04212008 | DCH3 | 16155 |
| 044 - 4106 | 04182008 | MOTION FOR CONTIN DEFT | | 1 | 04212008 | DCH3 | 16155 |
| 045 - 4105 | 04182008 | MOTION IN LIMINI  CONCERN SPEAKNG OBJE1 | | | 04212008 | DCH3 | 16155 |
| 046 - 4100 | 04182008 | MTN FOR DISCV OF  GRAND JURORS TRANS | | 1 | 04212008 | DCH3 | 16155 |
| 047 - 4100 | 04182008 | DEFT RQST FOR ST'SNTC OF INTENT | | 1 | 04212008 | DCH3 | 16155 |
| 048 - 4105 | 04182008 | MOTION IN LIMINI  PRIOR CONVICTIONS | | 1 | 04212008 | KF90 | 19186 |
| 049 - 4100 | 04212008 | MTN W/DRAW AS COUNSEL | | 1 | 05062008 | DCH3 | 16155 |
| 050 - 4300 | 04212008 | OG MTN W/DRAW  V0954P0124 | | 1 | 04212008 | KF90 | 19186 |
| 051 - 2502 | 04212008 | DEF ATTORNEY APP  18134500  EDIMAree | | 1 | 05062008 | DCH3 | 16155 |
| 052 - 4302 | 04212008 | ATTORNEY APPOINTEDV0954P0123 | | 1 | 04292008 | KF90 | 19186 |
| 053 - 4100 | 04292008 | DEFT REQ/DEMAND COPY RECORDINGS ORAL | | 1 | 04292008 | KF90 | 19186 |
| 054 - 4100 | 04292008 | STATEMNTS ATTRIBUTABLE TO DEFT | | 1 | 04292008 | KF90 | 19186 |
| 055 - 4100 | 04292008 | MTN DISC EXCULPATORY&MITIGATING EVID | | 1 | 04292008 | KF90 | 19186 |
| 056 - 4100 | 04292008 | DEFT REQ/DEMAND WRITTEN NTC EVID PROSE1 | | | 04292008 | KF90 | 19186 |
| 057 - 4100 | 04292008 | CUTION INTENDS OFFER PUNISHMENT PHASE 1 | | | 04292008 | KF90 | 19186 |

*4301 - REQUEST CERTIFICATE OF APPROVAL-
(SEE GJ - 42)*

*Entered Co defendant Jose Change entry, Nov 24 2007*
*Also Error 08074 Petrial Court Appearance are not documented*
*on 01/30/2008, entered a not guilty plea to*
*Force charge Dist entry, NM NM 954121*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 058 | - 4100 | 04292008 | OF THE TRIAL | | 1 04292008 | KF90 | 19186 |
| 059 | - 4100 | 04292008 | DEFT REQ/DEMAND WRITTEN NTC EVID PROSE | 1 04292008 | KF90 | 19186 |
| 060 | - 4100 | 04292008 | CUTION INTENDS OFFER PURSUANT TO RULE | 1 04292008 | KF90 | 19186 |
| 061 | - 4100 | 04292008 | 404 | | 1 04292008 | KF90 | 19186 |
| 062 | - 4105 | 06092008 | MOTION IN LIMINI  ENHANCEMENT COUNTS | 1 06092008 | DCCH | 33597 |
| 063 | - 4100 | 06092008 | MT TO QUASH INDICTMENT PRO SE | | 1 06092008 | DCCH | 33597 |
| 064 | - 2012 | 07112008 | TRIAL DATE RESET | | 1 05162008 | DCSK | 32211 |
| 065 | - 0104 | 07112008 | AWTG TRIAL | | 1 05162008 | DCSK | 32211 |
| 066 | - 4100 | 07112008 | ST'S NTC OF INTENT | | 1 07102008 | DCH3 | 16155 |
| 067 | - 0165 | 07112008 | TO BE DISMISSED | | 1 08052008 | KF90 | 19186 |
| 068 | - 0604 | 08062008 | DSMD-DEF CONV OTHR | | 1 08062008 | DCH3 | 16155 |
| 069 | - 4306 | 08062008 | DISMISSAL         V0966P1275 | 1 08222008 | DCH3 | 16155 |
| 070 | - 0199 | 08062008 | CASE CLOSED | | 1 08062008 | DCH3 | 16155 |
| 071 | - 2547 | 08062008 | OUTTAKE DA        24048538 | 1 08062008 | DY72 | 30589 |
| 072 | - 0210 | 08062008 | CASE DISMISSED | | 1 08062008 | A1B3 | 19295 |
| 073 | - 4100 | 08262008 | MT TO OBTAIN TRANSAND DES OF EXHIBITS | 1 08272008 | DCMF | 33224 |
| 074 | - 4100 | 08262008 | DC LETTER TO COURT | | 1 08272008 | DCMF | 33224 |
| 075 | - 4103 | 09182008 | DC FILE TO ARCHIVE | | 1 09182008 | DCH3 | 16155 |
| 076 | - 1110 | 09192008 | RELEASED FROM JAIL | | 0 09192008 | A1B1 | 31794 |
| 077 | - 6402 | 09192008 | Offender record sent to VINE | 12707100011 09192008 | NATU | 11804 |
| 078 | - 0197 | 02072009 | *** JN CLOSED *** | | 1 02072009 | KBC7 | BCIS |

***** End of List *****

CCA Notation:

Please keep in mind that on June 13, 2008, I was
Shackle at the bexar County Jail And transported to the
bexar County 290TH district Court — Undocumented — And
Presented before a retired state Judge, pat priest And
a recent retired bexar County (DA) Charles Bunk.

Said State Appointed Counsel made A unauthorize
8yr plea—bargain Agreement without my Consent or Notice.
(I) hereby was upset and rejected said unlawful
8yr enforced plea Agreement. malicious Counsel became
very upset on my demand for A impartial state Court
Jury trial that would have expose this unlawful
prosecution Conspiracy to forcefully convict said
Arrestee.

I only speak the truth and the truth shall
Set me free in due Season.

I have suffered so much pain and unecessary
(8TH) Amendment Afflictions, due this Corrupt City
magistrate And state Court officials that should be highly
Accountable for my instant injuries, pain, suffering.

(God Bless Always,)

Mr. Gutierrez
Peon texas prisoner
# 1523604.

# IV: ARGUEMENTS:

"TRUTH TO BE TOLD" (Δ) NEVER WAS OFFICIALLY CHARGED WITH ANY TEXAS PENAL 49.09(B) OFFENSE By ANY NOV23 — NOV24, 2007 CITY MAGISTRATE COURT JUDGE COMMISSIONER. ALL enclose frandulent City magistrate and state Court Records will speak volumes of elected City And state Court official Corruption misconduct, especially in this Said Case, Edward Francis Shaughnessy III SBN # 18134500, who illegally initiated said verified City/state false Court Charges, by way of deceptive Court Practices and identity theft of (Δ).

(see State bar of texas grievance # SC090822499 Response by Shaughnessy.) ONLY He Asserts that (Δ) was magistrated NOV24, 2007, by a unknown Carmen — Rojo, which are the exact initials ⊙ forged!

State 11.07 — 2008-CR-1186W2 Asserts a Rolando Ramos P/T City magistrate executed Art 15.17 Bond and Charge hearing, NO evidence or truth to that 11.07 findings. (Will take Lie-detector test.)

Appellant has Severely suffered 96 mos. Loss of Liberty interest due to enclosed verified City and state of texas Court Administration Reckless official Corruption misconduct. (i.e., 8TH; 14TH; Amendment injuries.)

Appellant has Contested this verified 11.07 Arguement claims since the day of his false NOV24, 2007, Bexar County Jail Commitment, on Confirm NOV23, 2007 City magistrate fraud Charge entries & Liberty interest injuries. (see Cause NO. 2008-CR-1186, 290TH Criminal Court event Log, Prose Pre-trial motions filed but neglected.) Also, Appellant filed several 11.07 habeas Corpus Applications, the one in particular, Cause NO. 2008-CR-1186W2, malicious State Appointed Counsel, Shaughnessy, falsely submitted a false County of Bexas sworn 11.07 Verification, NOV 05, 2009 to the 290TH State Court Administration. (see enclose copy.) HAD Applicant been Provided warranted 11.07 State habeas evidentiary Court hearing, Applicant would have been relief from this Abhorrent — VOZS — State Court false Conviction/Sentence.

For said verified reasons, Appellant seeks warranted Permission to file out of time Appeal for Actual innocence due to City and State Court official Corruption And immediate Appointment of Appeal habeas effective Appointment of Counsel in the Absolute interest of Justice And fairness under the 8TH; 14TH; Amendment Violations and Personal injury findings.

# Edward F. Shaughnessy, III. *( 18 U.S.C. § 241 & 242 ZWOVERK )*

206 E. LOCUST STREET
SAN ANTONIO, TEXAS 78212
PHONE: (210) 212 - 6700

Robert G. Brown
Senior Investigator
Office of the Chief Disciplinary Counsel
State Bar of Texas
126 E. Nueva Suite 200
San Antonio, Texas 78204

December 4, 2009

Re: S0090922499
    Jose A. Gutierrez v. Edward F. Shaughnessy

Dear Sir,

   I am enclosing for yours records, in the above-styled and numbered cause certain documents pertinent to that on going investigation. As you are aware Gutierrez appears to be complaining that, among other things, I "magistrated" or failed to "magistrate" him following his arrest on or about November 22, 2007. As I informed your office in my previous letter, I did not magistrate Gutierrez on that date. I have recently obtained a copies of the "magistration" forms utilized by the office of the Criminal Magistrate following the arrest of Gutierrez for two felony offenses on November 22, 2007. Those records reflect that Gutierrez was "magistrated" in a timely manner by a magistrate other than me on the morning of November 23, 2007. Should you have any inquiries regarding the enclosed documents you should contact James Kopp at the Criminal District Attorney's Office in Bexar County.
   Gutierrez is using the bar grievance system for purposes of harassment and is perjuring himself in the process. Please take that into account when passing on his claims.

Sincerely,

Edward F. Shaughnessy
SBN 18134500

*① Mr Shaughnessy is well-known And maliciously connected within the Bexar County Courthouse and is well known within the T.D.C.y. Prison system of his acts of Bexar County Courthouse Corruption !*

*② Mr Shaughnessy was positively observed Early Morning hrs Nov 24, 2007, roaming the city magistrate Court holding Cell area wearing a County issued white Judges Robe. He was a recent elected County magistrate on Nov 24, 2007!*

CHAIR
W. CLARK LEA

VICE CHAIR
JOAL CANNON SHERIDAN

MEMBERS
ALICE A. BROWN
DAVID A. CHAUMETTE
JACK R. CREWS
GARY R. GURWITZ
MARVIN W. JONES
KATHY J. OWEN
DEBORAH J. RACE
BEN SELMAN
CHARLES L. SMITH
THOMAS J. WILLIAMS

EXECUTIVE DIRECTOR & GENERAL COUNSEL
CHRISTINE E. MCKEEMAN

DEPUTY DIRECTOR/COUNSEL
GAYLE RILEY VICKERS

EXECUTIVE ASSISTANT
JACKIE L. TRUITT



# THE BOARD OF DISCIPLINARY APPEALS
## APPOINTED BY THE SUPREME COURT OF TEXAS

November 12, 2009

Jose A. Gutierrez
#1523604, Stevenson Unit
1525 FM 766
Cuero, TX 77954

RE: Disposition of Appeal Notice
Jose A. Gutierrez v. Edward Francis Shaughnessy
S00909922409; BODA Case No. 45353

Dear Mr. Gutierrez:

On November 12, 2009, the Board of Disciplinary Appeals appointed by the Supreme Court of Texas considered your appeal from the dismissal of the above complaint by the Office of the Chief Disciplinary Counsel of the State Bar of Texas. After reviewing the complaint as filed with the State Bar Chief Disciplinary Counsel's office and no other information, the Board grants the appeal, finding that the complaint alleges a possible violation of the following Texas Disciplinary Rules of Professional Conduct:

Rule(s) 1.06 (b)(2); 1.10 (c).

The Board of Disciplinary Appeals will now return the case to the Office of the Chief Disciplinary Counsel for investigation and a determination whether there is just cause to believe that the attorney has committed professional misconduct. The Office of the Chief Disciplinary Counsel will notify both parties of each step of the process, including asking the attorney to respond to the complaint. For information concerning the handling of the case from this point forward, please contact the regional Office of the Chief Disciplinary Counsel in charge of your case.

Information concerning the disciplinary system, the Texas Disciplinary Rules of Professional Conduct, and the Texas Rules of Disciplinary Procedure are available at www.texasbar.com. The Board's Internal Procedural Rules are available at www.txboda.org.

Very truly yours,

Christine E. McKeeman
Executive Director & General Counsel

CEM/jt

cc: Edward Francis Shaughnessy

Laura B. Popps
State Bar of Texas
PO Box 13287
Austin, TX 78711
(512) 427-1350
(877) 953-5535 toll free

FILE C

Mr. Shaughnessy deliberately entered this Agg-Perjury falsely sworn 11.07 Verification under the false County of Bexas and Repeatedly failed to correct the habeas court 11.07 Records.

STATE OF TEXAS                    §

COUNTY OF BEXAS                   §

## VERIFICATION

Before me the undersigned authority, on this day appeared Edward F. Shaughnessy, III, who after being duly sworn avers and attests to the following:

My name is Edward F. Shaughnessy, SBN No. 18134500. I am licensed by the Texas Supreme Court to practice law in the State of Texas, and have been licensed continuously since October of 1981. In the spring of 2008 I was appointed to represent an individual by the name of Jose Gutierrez who was charged by way of an indictment with the offense of Driving While Intoxicated, third offense. The indictment also alleged that Gutierrez had been on two prior occasions been convicted of the felony offense of Driving While Intoxicated. Consequently, Gutierrez was facing the possibility of a life sentence as a habitual offender (chronic drunk driver). ( libel Injuries. )

During the course of my conversations with my client it became very clear to me that he was in a state of denial as to the evidence that the State of Texas was capable of presenting if the case were to go to trial. He also was in a state of denial as to the legal consequences of the allegations in the indictment. I was eventually able to obtain an offer from the first chair June 13, 2008! prosecutor in the 290th District Court that in exchange for the applicant's plea of guilty, he would recommend a sentence of eight (8) years in confinement in the Texas Department of Criminal Justice, Institutional Division. That offer was rejected by the applicant, against my advice, and was subsequently withdrawn by the District Attorney's Office.

The case ultimately was reset for purposes of a trial. The applicant was then set to be tried when the State made a second offer. On the day of trial the State of Texas offered and the applicant accepted an offer of a twenty (20) year "cap" wherein the applicant could apply for community supervision and the State could seek a sentence of twenty years. The plea was entered and the applicant applied for community supervision with a P.S.I. hearing scheduled. A pre-sentence report was created and a sentencing hearing was conducted. The applicant's application for community supervision was denied and he was sentenced to twenty (20) years by Judge Sharon MacRae in compliance with the plea bargain agreement.

At **no time** during my representation of the applicant did I advise him that the plea bargain was for six months of "drug treatment". The applicant was fully admonished by me as to the terms of the initial offer of 8 years. He was also fully admonished of the terms and consequences of the plea bargain that was ultimately accepted. Any claim that I advised him

No State Probation / Recommendation / No evidence
07/11/08.

that his plea bargain was for 6 months of drug treatment is a complete and total falsehood. It is delusional thinking on the part of a chronic drunk who regrets rejecting his offer of 8 years and is abusing the writ process in hopes of obtaining relief that he is not entitled to obtain. The applicant was fully admonished and indicated that he was fully aware of the terms of both the plea bargain that he rejected and the plea bargain that he ultimately accepted. Any assertions by him to the contrary are wholly perjurious, and should be treated as such.

SIGNED, this, the ___5___ day of November, 2009.

_E.F. Shaughnessy_
Edward F. Shaughnessy, III

SUBSCRIBED AND SWORN TO ME by the said Edward F. Shaughnessy, III, on this the 5th day of November, 2009.

_Barbara A. Greene_
Notary Public

BARBARA ANN GREENE
MY COMMISSION EXPIRES
May 15, 2012

(B) Never applied for any DWI probation — Tex V.C.C.p Art 42-12 — Sec. 13 — Because State — DA — Never recommended any such Nego plea — bargin Agreement.

(B) Never eligible for any type of DWI probation — felony.

Malicious State appointed Counsel deliberately with malice deceptive intentions — LIED — To said (B) to plead guilty to a Non-existing DWI Felony probation Recommendation Or any DWI felony Charges!

## V. CCA PRAYER:

Based on the following verified 8th; 14th; Amendment injustices facts, Appellant prays to gain effective appeal or habeas legal representation in this most urgent matter and injury.

WHEREFORE, Appellant prays this honorable court of appeal to - Grant - said out-of-time Appeal review in Cauceno. 2008-CR-1186, And Art 11.15 habeas relief.

Respectfully submitted
in Truth & Mercy

X _____
Petitioner, ProSe
t.d.c.j # 1523604
Segovia Prison Unit
Edinburg, Texas

CC: Federal Court - DOJ -
files...

### CERTIFICATE OF SERVICE

I certify a true and correct copy of the above and foregoing Out-of-time Appeal Motion, has been forwarded by the unit Prison Mail System, and Address to the Texas Criminal Court of Appeal Jurist Administration, P.O. Box 12308, Capitol Station, Austin, TX 78711 Attn: Abel Acosta, Clerk.

Executed on the 09th day of December 2015.

Petitioner, ProSe, A
Texas Prisoner

X _____

(9of9),

**SUBJECT:** State briefly the problem on which you desire assistance.

"URGENT" — "FINAL NOTICE" (8TH); (14TH) / Injured!

HONORABLE Texas CCA Commissioners of the Court: CC: supreme courts...
(RE: State Court Official Corruption And official oppression Negligence 11.07
final Complaint) Enclosed you will find Several fraud Charge bexar
County Court documents, to include NOV 23, 2007, rubber-Stamp fraudulent
City magistrate Court Charges that Were Never presented to Any ON-duty
NOV 23, 2007 City magistrate Judge. All enclosed magistrate Court Records
Were intentionally & Knowingly - FORGED - AND - Rubber Stamp dated - to
Make it Appear Arrestee was provided A Tex V.C.C.P Art 15.17 Preliminary
Bond And Criminal Charge hearing that Never occurred As Arrestee waited
injured to speak with a City -on duty - magistrate About police malicious Arrest issues.

Name: Joe A Gutierrez   No: 1523604   Unit: Segovia Prison
Living Quarters: Cellbox F1-46   Work Assignment: MED SQ II

---

**DISPOSITION:** (Inmate will not write in this space)

Texas Offender has been intentionally Abuse and discriminated due to his
indigent legal defense And possible Past Arrest history. Petitioner has miserably
suffered 96mos of false imprisonment due to City/State Court Official Abuse And
Corruption injuries And Continues to suffer (8TH); (14TH); Amendment injuries, due
to the state habeas Court Negligence And State Court Official Abuse of Authority.
(Questionable Tex V.C.C.P Violations - Art 1.04; 1.05; 1.051(b); 1.06; 1.07;
Injuries! 1.08; 1.09; 1.11; 1.12; 1.15; 1.25; 2.01; 2.05; 15.03; 15.04; 15.17; 18.02(a)(11) -

☆I-60 (Rev. 11-90)

BEXAR COUNTY 290TH DISTRICT COURT AND CITY OF
SAN ANTONIO MAGISTRATE FUNDAMENTAL AND PREJUDICIAL ERRORS
TO OBTAIN UNLAWFUL — FRAUD — STATE COURT OF TEXAS CRIMINAL
— VOID — CONVICTION — BEXAR COUNTY CAUSE NO. 2008-CR-1186 DUE:

## 8TH AND 14TH INJURIES —

I. QUESTIONABLE FRAUD CITY AND STATE COURT — (BEXAR CO.) —
CERTIFIED EXHIBITS AND FINDINGS:

A. EXHIBITS — FOURTH COURT OF APPEAL INJUREES:

Would show t.d.c.j. Mailroom intentional and reckless impediment to serve texas Prisoner # 1523604, NOV 06, 2008 fourth Court of Appeals Court Order. Also enclosed are several fourth Court of Appeals Court Notices, Asserting Appellant habeas 11.07 Complaints were forwarded to the bexar County 290th district Court, but never acknowlige or filed with the courts deputy Clerk. (see 2008-CR-1186 AND 1187 — Court event log. Applicant also filed several (Prose) pre-trial motions challenging Nov 23, 2007 unlawful seizure and arrest-issues.

B. QUESTIONABLE — FRAUD — VOID — JUDGEMENT OF CONVICTION BY the COURT would show bias findings:

• Specifically (D) never Charged by way of indictment — 49.09 PC — by ANY sworn 175TH Bexar County district Court of Law grand Jury — (i.e., introduction of alcohol into his body evidence. — see enclose — Fraud — Rubber stamp defendants and Clerks Certified Copies, are not an exact copy. see also backside of (D) indictment Copy, Never filed or Certified with any bexar County district Clerk official. A letter from the bexar County Clerks office Asserts No records Can be found, until After my 11.07 Complaint. (i.e., Texas penal code violations 37.09; 37.10) It also should be noted that several City Magistrate and state Court records have been officially tampered and questionable misplaced, not to mention several actual 290th Court appearance are not documented. (i.e., Jan 30 Arrignment — not guilty Plea hearing, and undocumented June 13, 2007, Pre-trial Court hearing before Retired Senior Judge, Pat Priest in the 290th district Court of Law. (D) refused enforced and unlawful 8yr Plea-bargain agreement initiated by malicious Appointed Counsel, Shaughnessy SBN # 1813450O and bexar County DA, Charles bunk. (D) WAS forcefully under deceptive acts of state Court official misconduct to plead guilty on 07/11/08 under false Probation information legal advice.

(1 OF 4)

B. EXHIBIT PLAIN ERROR FINDINGS:

• Specifically on 07/11/08 — (D) was falsely legal advice that State (DA) Agent had offered 6mos. — Tex V.C.C.P 42.12 Sec 13 — DWI felony Probation. (D) Never Applied or Eligible for any State DWI Probation.

(D) was Compel to enter a involuntary Plea of guilt on a falsified plea — (Habitual) — enhancement Stamp And Continue unlawful threats by State Appointed Counsel of facing a Auto-matic Life Sentence, if I did not take 6mos. DWI Probation State Court recommendation which was all a Lie! (D) Never permitted Art 26.13 (b)(1)(2) Malicious denial!

(D) Never Advice of any Maximum — 20 — twenty year Repeater enhancement punishment, due to the falsely Plea and threats of a — (Habitual) — Enhancement life Sentence.

C. QUESTIONABLE AND VERIFIED, NOV 23, 2007, CITY OF SAN ANTONIO MAGISTRATE — FRAUD — FABRICATED — FORGED — RUBBER STAMP COURT CHARGES WITH — — OUT ANY SWORN Magistrate Commissioner Court Arrest — Seizure — Warrant, Criminal Complaints, or Probable cause Arrest incident — Affidavits For Sworn NMAG 954121; 954122 entries.

• Specifically on 09/01/08 at the Bexar County Jail Annix And After my unlawful 08/06/08 Malicious False Conviction, offender was — anonymously And confidentially Provided #1233938; #1233940 — City of San Antonio — Enclosed — Magistrate Court intake And Charge inquiry to Show (8TH); (14TH); harm And injury, and to Support claims of False Charge entries Nov 24, 2007, into the Bexar County Criminal Court Justice System and fraudulently Assign to the STATE of TEXAS, 290TH Bexar County DISTRICT Court without any Subject — Matter — Court — Jurisdiction to Lawfully impose False — DWI — Judgment/Sentence.

• Specifically on or about Nov 23, 2007, As Pre-trial Arrestee waited in Magistrate Court holding Cell①, All of Arrestees Magistrate — Enclosed — Warnings were fraudulently Forged And Rubber Stamp Nov 23, 2007, without ever making a State/federal Mandate Art 15.17 And Rule 5(1)(A) Magistrate Court hearing. (i.e. Abducted under verified fraudulent City Magistrate Court Charges.)

C. EXHIBIT PLAIN ERROR FINDINGS:

• Specifically Arrestee never arrived at 1930 PM magistrate intake, after his 1619 warrantless Arrest. Arrested under assignment # 70904236/01, Case filed on 12-03-07 @ 1326 PM.

• Specifically Arrestee personal belongings gym duffle bag never inventory or reclaimed. Apparently blk duffle bag was possible "Stolen" due to the contains, missing wallet, Tex. I.D., SSI card; $1500; clothing; eyeglasses etc...

• Specifically Arrestee never inform or sign any issued traffic citations for no operator's License or questionable open container.

• Specifically Arrestee advice (0582) R. Deckard of previous 1991 lower-back-bone fusion surgery and being on active Texas Parole # 1177492.

• Specifically At the city magistrate detention center, Nov 23, 2007, Arrestee was never allowed to contest unlawful false and malicious Arrest issues and was forcefully under fraud magistrate court charges — unlawfully Committed Nov 24, 2007 into the B.C.D.C. — B200763758-01 — and 02 entries. (See enclosed B.C.D.C Charge Arrest Information Sheet (C) - B2007637801/02 — Report incident/Arrest date Nov 24, 2007 @ 0049 AM.) See also enclosed FBI NO. 855779EB7 CJIS Fingerprint/Photo I.D. Records, Part 5, Entry 16 and 17.) — STRAWMAN ENTRY —.

• Specifically — enclosed — After 08/06/08 unlawful Cause No. 2008-CR-1186 DWI conviction, (D) was advice by the texas (DPS) administrative hearing Attorney, AmaveLi Lerner that no certified documents relating to the above Nov 23, 2007, defendant's DWI Arrest are in the departments A.L.R. file. DPS never supplement required (SIC 23.24, 25) DWI investigation Records, for Nov 23, 2007 false malice Arrest.

• Specifically Cause No. 2008-CR-1187, Bexar County 290th Court event log 006 asserts — 11/24/07 — CO/ defendant NWAR 954121 - DWI False Charge entry by the city magistrate court administration and observed Second Appointed Counsel, Shoughnessy SBN # 1813450, who was present early morning hrs. Nov 24, 2007 in a white County Judge Robe roaming the city magistrate holding cell area.

(3 OF 4)

D. EXHIBIT PLAIN ERROR FINDINGS:

Concerning my State bar of Texas grievance #S00909Z2499, only Mr. Shaughnessy asserts that a Pg City Court Magistrate Carmen Rojo administer — ART 15.17 — Magistrate hearing is not true. Arrestee never sign or made any initial — ART 15.17 — 48hr Court hearing for S#um # 954121; 954122; entries.

Enclosed, Certified Xerox Copies will affirm that Arrestee City Magistrate NMAG # 954121; 954122; were maliciously — RUBBER STAMP — Nov 23, 2007 dated and — FORGED — As Arrestee waited patiently in City Magistrate holding Cell ① with several other warrantless Arrestees.

In the early morning hrs., Nov 24, 2007, Arrestee Gutierrez positively observed — Shaughnessy, SBN # 18134500 — present in the City Magistrate holding area dress in a County White Judge Robe.

"THE TRUTH IN DUE SEASON WILL PREVAIL, ARRESTEE GUTIERREZ WAS KNOWINGLY AND INTENTIONALLY FRAUD CHARE ENTRY NMAG 954122; 954121; ABDUCTED NOV 24, 2007, FROM THE CITY OF SAN ANTONIO MAGISTRATE COURTS WITHOUT ANY MAGISTRATE COURT ISSUANCE — SEIZURE — ARREST WARRANT, CRIMINAL COMPLAINT, OR PROBABLE CAUSE AFFIDAVITS ON NOV 24, 2007."

PETITIONER HAS BEEN UNLAWFULLY DISCRIMINATED AND PUNISHMENT IN VIOLATION OF THE (8TH); (14TH); AMENDMENT VIOLATIONS.

PETITIONER HAS SUFFERED 97 mos., OF DANGEROUS ILLEGAL TEXAS FALSE IMPRISONMENT, DUE TO VERIFIED CITY AND STATE OF TEXAS COURT ADMINISTRATION OFFICIAL CORRUPTION AND TAMPERING WITH CITY, STATE, FEDERAL GOV'T COURT RECORDS TO OBTAIN 97 mos., OF UNLAWFUL ABDUCTION IMPRISONMENT AND LIBERTY INTEREST INJURIES.

Please feel free to Contact me for a Legal tele-Conference interview through the Segovia Unit Law Library Supervisor — c/o DE LA ROSA.

Respectfully submitted,

X _Jesse Gutierrez_

UNLAWFUL ABDUCTED
TEXAS INDIGENT PRISONER
# 1523604.

CC: Xerox Copies forwarded to Vatican City Legal-Aid administration For the Poor and Unlawful Oppress; Federal U.S. ATTORNEY L. Lynch — CIVIL RIGHTS PROSECUTION INQUIRY.

(4 OF 4)